# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERT JONATHAN CLASEN
611 PENNSYLVANIA AVE #237
WASHINTON, DC 20003
                    *Plaintiff,*


            V.


U.S. INTERNAL REVENUE SERVICE
77 K STREET NE
WASHINGTON, DC 20002
                    *Defendant,*


THOMAS PANZA
BANK OF AMERICA BUILDING, 3RD FLOOR
3600 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE, FL 33308,
                    *Defendant,*

Case: 1:15-cv-01625
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/9/2015
Description: TRO/PI (D)


## Original Complaint

### I. NATURE OF THE CASE

#### To the Honorable District Court Judge:

1. Plaintiff, Robert Jonathan Plaintiff ("Clasen") brings this action for all relief that is just and proper from the Thomas Panza's patterns of racketeering that was able to evolve due to his evasion of federal income tax. This action is for:

- Loss or depreciation of future income as an osteopathic physician
- Loss of subsidized medical training (residency)
- Attorney's fees
- Court costs

**RECEIVED**

OCT - 9 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## II. JURISDICTION AND VENUE

2. This action is brought pursuant to subject matter jurisdiction and federal diversity jurisdiction, 28 U.S.C. § 1332. Venue is proper.

## III. PARTIES

3. Robert Jonathan Clasen is a resident of Washington, D.C. that now resides with family in Plano, TX. He is a former C.P.A. and U.S. Marine that started medical school at the age of 34.

4. Thomas Panza is a resident of Florida and is the general council for Nova Southeastern University. Mr. Panza's firm (which bears his name) was paid $4,308,214 from Nova Southeastern University in 2011 (from IRS Form 990).

5. The Internal Revenue Service is headquartered in Washington, DC.

## IV. BACKGROUND & FACTS

6. Plaintiff attended medical school at Nova Southeastern University from August 2011 to April 29, 2015, when he completed the program.

7. On April 29, 2015, Plaintiff had passed every requirement (with the exception of 3 assessments that were yet to be scored by the defendant), made payments of $338,471.50, and incurred no disciplinary action (nor any complaints that would lead to disciplinary action),.

8. Plaintiff was not expected to fail any of the outstanding tests based on his past performance. Let alone make historic lows on all 3.

9. However, he had unknowingly offended faculty at his school starting in January 2014. His activities as a school approved tutor conflicted with the interests of some of the faculty, which Plaintiff was unaware of.

10. The Plaintiff website made things worse. He explains his website in a five minute video https://vimeo.com/118868762, including his recently completed respiratory physiology section.

11. The website results for the 6 days before the respiratory physiology examination are given by google analytics below:



12. The Plaintiff had unknowingly embarrassed the University. He naively thought that they would be encouraging.

13. InverseLog.com was blocked by the University on March 17, 2015.

14. From October 4, 2014 to March 17, 2015, it had 1401 users, 4,123 sessions, and 23,315 page views.

15. Plaintiff alleges that the key faculty at his school started receiving payments as "National Faculty" by 2008 for the National Board of Osteopathic Medical Examiners Inc. (National Osteopathic). National Osteopathic was charged with scoring all three of his outstanding tests. Not only were all 3 fails, they were also historic lows.

16. Plaintiff utilized the policies and procedures of the university, including the Corporate Compliance/Alertline [Exhibit B ("B")] to file grievances, which is considered a protected activity[B1*], [B1**].

12. Plaintiff was eventually referred to Mr. Panza, the school's legal counsel by the end of May 2015.

14. The former city manager is the president of NSU and was paid 841,523 in 2011

15. NSU, therefore, made the following expenditures related to employable services in 2011:
   o   Mr. Panza:                                          $4,308,214
   o   Mr. Hanbury:                                       $841,523
   o   All teachers for year 1 & 2 of medical school:     $1,480,000

16. The payment pattern in #18 is highly inconsistent with a payment pattern of an entity that is being operated devoid of a profit motive.

17. Mr. Panza, Mr. Hanbury, and the entire faculty for years 1 and 2 of the medical school had the following incomes based on what is report on NSU's forms 990 [C2-14] and reports from the American Association of Colleges of Osteopathic Medicine (AACOM) [C15-20]:

|      | Hanbury | Panza | All Med Faculty (Years 1 & 2) |
|------|---------|-------|-------------------------------|
| 2004 | 284,000 | 1,485,815 | not reported |
| 2005 | 319,923 | 1,470,319 | not reported |
| 2006 | 322,653 | 2,090,444 | not reported |
| 2007 | 351,920 | 3,990,289 | not reported |
| 2008 | 411,190 | 3,564,008 | 1,500,000 |
| 2009 | 424,514 | 3,414,178 | 1,500,000 |
| 2010 | 433,362 | 4,161,482 | 1,330,000 |
| 2011 | 841,523 | 4,308,214 | 1,480,000 |
| 2012 | 828,500 | not reported | 1,590,000 |

## V. CLAIMS

### COUNT 1

21. (PERSUANT TO 18 U.S.C. § 1962c of the RACKETEER INFLUENCED AND CORRUPTED ORGANIZATIONS ACT)

("Obstructing Justice" pursuant to 18 U.S.C. § 1512 and 1513)

22. Mr. Panza is a person is associated with an enterprise (NSU). He conducts its affairs though multiple obstructions of justice. In 2011, he received $4,308,214 from NSU.

23. Mr. Panza's written threats denote a pattern of racketeering activity consisting of multiple acts of obstructing justice. He uses a scheme to leverage threats to the Plaintiff's student status to deny him access to law enforcement [A13*, A13**] and conspires to mitigate any possible information that might be reported via the corporate compliance/alertline [A2**, A2***, A4*, A6*]. By forbidding its use as a "inappropriate channel" that could lead to "dismissal from the university." He even restates this in a followup letter [A6*].

24. Violations of 18 U.S. Code § 1513 involve enforcing fraudulent tests the COMLEX Level 2 PE and the COMLEX Level 2 CE. The COMLEX Level 2 PE was found to be fraudulent by the Consumer Finance Bureau on June 29, 2015. The fraudulent COMLEX CE is shown in exhibit F.

25. Clasen, a former C.P.A., requested a copy of NSUs tax exempt status "qualifying" documents from Mr. Panza [A9****], which a 501c3 such as NSU is required to give by law on request within 30 days. Mr. Panza instead gives him a 2 page "verification" of NSU's tax exempt status [A10*].

26. NSU and Mr. Panza's conspiracy to defraud the United States (via tax evasion) are necessary so that Mr. Panza can receive such high pay on an annual basis. His obstruction of justice in not sending the required documentation is additional evidence of a pattern of racketeering. The $4.3 million that Mr. Panza received in 2011 is approximately 3 times what the entire basic science faculty (years 1 and 2) of the medical school received in 2011, $1.48 million.

27. Overall Mr. Panza commits 23 count of obstructing justice in the operation of the enterprise NSU. His activities are ongoing with no end and leave the 38 year old honest victim and his wife with no options other than to submit to the whims of organized crime with no control over their destiny.

## COUNT 2
("Breach of Fiduciary Duty")

28. The Internal Revenue Service breached its fiduciary duty to the public and the plaintiff by allowing NSU to operate as a tax exempt entity.

## VI. Demand for jury trial.

## VII. Relief

29. If started residency in 2016 (60th percentile to 10th percentile due to heavily detracted residency application) $2,543,366 in lost earnings over career.

30. Lost earnings (July – Sept 2015) $3,750 x 3 = $11,250

31. Cost of weekend seminar Medical Training from private company for a year $4,250.

32. Per Diem for training $135 x 2 days/week x 52 weeks per year = $14,040

33. $4,000 in unpaid tutoring wages from 2014

34. $6,250 tuition refund for April 2015 rotation

35. Punitive damages

36. 50% of any relief granted should be paid directly to:

        Wendy A Clasen

        7646 East 122nd Ave

        Thornton, CO 80602

37. Damage to business assets, namely blocking inverselog.com.

WHEREFORE, Plaintiff, Mr. Robert Clasen prays that the court afford him all relief that is just and proper.

Dated: 10/08/2015

Respectfully submitted,

ROBERT CLASEN

Robert Clasen
8301 Salado Springs Drive
Plano, TX 75025
214-991-9631
cfocontroller@msn.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

ROBERT JONATHAN CLASEN
8301 SALADO SPRINGS DRIVE
PLANO, TX 75025,
                   *Plaintiff,*


                  V.                                          CAUSE NO:

                                                              4:15cv625


THOMAS PANZA
BANK OF AMERICA BUILDING, 3ᴿᴰ FLOOR
3600 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE, FL 33308,
                   *Defendant,*


## 1ˢᵗ AMENDED COMPLAINT

## I. NATURE OF THE CASE

### To the Honorable District Court Judge Bush:

1. PERSUANT TO REFERRAL ORDER RC-72.4, Plaintiff, Robert Jonathan Clasen ("Clasen") brings this action for all relief that is just and proper from the defendant's patterns of racketeering. As a result, the plaintiff sustained losses to his personal and business property. This action is for:

- Loss or depreciation of future income as an osteopathic physician
- Loss of subsidized medical training (residency)
- Damage to educational assets
- Attorney's fees
- Court costs


## II. JURISDICTION

2. This action is brought pursuant to federal diversity jurisdiction, 28 U.S.C. § 1332, as the parties are diverse in citizenship and the amount in controversy exceeds $75,000.00.

## III. VENUE

3. Venue is proper pursuant to 18 U.S.C. § 1965.

## IV. PARTIES

4. **Robert Jonathan Clasen** is a resident of Washington, D.C. that now resides in Plano, TX. He is a former C.P.A. and U.S. Marine that started medical school at the age of 34.

5. **Thomas Panza** is a resident of Florida and is the general council for Nova Southeastern University. Mr. Panza's firm (which bears his name) was paid $4,308,214 from Nova Southeastern University in 2011 (from IRS Form 990).

## V. FACTS

6. Clasen enrolled and began the 4 year Osteopathic Medical Program at Nova Southeastern University in the fall of 2011.

7. A contract existed between Clasen and NSU.

8. In exchange for payments, completion of requirements, and an absence of disciplinary action, NSU would provide the educational services described in their student handbook and a final good, a diploma in exchange for a $275 graduation fee, which Clasen has paid.

9. The academic requirements included passing:
      Years 1 & 2:   59 classroom classes
      Year 3:       11 one month "rotations" (hands on training out of classroom)
      Year 4:       9 one-month rotations

10. In addition, there are prescribed "board exams" and "subject shelf exams" associated with some rotations as listed below.

11. On **April 29, 2015**, Clasen passed his final rotation and had completed the program within the bounds of honest service:
- Payments made: $338,471.50
- Coursework
  - Year 1 and 2:      Courses attempted: 59      Courses passed: 59
- Rotations
  - Year 3:         Rotations attempted: 11     Rotations passed: 11

- o   Year 4:                    Rotations attempted: 9        Rotations passed: 9

- Standardized Examinations Attempted and Scored:
    - o   COMLEX Level 1:                      518 (PASS)
    - o   COMAT Pediatrics:                    93 (PASS)
    - o   COMAT OBGYN                          92 (PASS)
    - o   COMAT Psychiatry                     94 (PASS)
    - o   COMAT Internal Medicine              96 (PASS)
    - o   COMAT Surgery                        83 (PASS)
    - o   COMLEX Level 2 PE (Alleged Racket)*  Outstanding on 04/29/15
    - o   COMLEX Level 2 CE                    Outstanding on 04/29/15
    - o   COMAT Family Medicine                Outstanding on 04/29/15
- Disciplinary Action: none

*However, Clasen had fallen out of favor with some of the faculty on the 4th floor when he demanded payment as a school approved tutor in January 2014 for hours worked back in November 2013.  As retribution, he was allegedly being repetitively failed on an expensive subjective exam by a small testing agency that allegedly provided kickbacks to faculty at his school.


12. Clasen's ambitions toward a career in academic medicine had put him allegedly and unknowingly in a turf war with the medical school.


13. Clasen was allegedly retaliated against by faculty with conflicted interest by breaking criminal statues associated with mail fraud, wire fraud, and honest service fraud to manufacture a list of 5 reasons that he would not receive his diploma.


14. Clasen was referred to Mr. Panza, the school's legal counsel by the end of May 2015.


15. Clasen utilized the policies and procedures of the university, but was repetitively threatened by Mr. Panza whenever he attempted to make a complaint to law enforcement or any entity external to the university.


## VI. CLAIM

### COUNT 1

16. (PERSUANT TO 18 U.S.C. § 1961 of the RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT)


("Obstructing Justice")

17. Mr. Panza is a person who engages in a pattern of racketeering activity connected to the conduct and control of Nova Southeastern University (an enterprise). In 2011, he received $4,308,214 from Nova Southeastern University.

18. Mr. Panza's written threats denote a pattern of racketeering activity consisting of multiple acts of obstructing justice. Mr. Panza uses a scheme to leverage threats to Clasen's student status to deny him access to law enforcement. Mr. Panza's July 1, 2015 letter .

19. Additionally, Clasen, a former C.P.A., requested a copy of NSUs tax exempt status "qualifying" documents from Mr. Panza, which a 501c3 such as NSU is required to give by law on request within 30 days. Mr. Panza instead gives him a 2 page "verification" of NSU's tax exempt status. Mr. Panza did not respond to Clasen's reply re-requesting the "qualifying" documents.

20. NSU and Mr. Panza's conspiracy to defraud the United States (via tax evasion) are necessary so that Mr. Panza can receive such high pay on an annual basis. The $4.3 million that Mr. Panza received in 2011 is approximately 3 times what the entire basic science faculty (years 1 and 2) of the medical school received in 2011, $1.48 million.

## VI. Request for jury trial.

## VII. Relief

21. Lost earnings (July – Sept 2015) $3,750 x 3 = $11,250

22. Cost of weekend seminar Medical Training from private company for a year $4,250.

23. Per Diem for training $135 x 2 days/week x 52 weeks per year = $14,040

24. $4,000 in unpaid tutoring wages from 2014

25. $6,250 tuition refund for April 2015 rotation

26. If started residency in 2016 (60th percentile to 10th percentile due to heavily detracted residency application) $2,543,366.

27. Punitive damages

28. 50% of any relief granted should be paid directly to:

> Wendy A Clasen
> 7646 East 122nd Ave
> Thornton, CO 80602

29. Damage to business assets

WHEREFORE, Plaintiff, Mr. Robert Clasen prays that the court afford him all relief that is just and proper.

Dated: 09/25/2015

Respectfully submitted,

ROBERT CLASEN

Robert Clasen
8301 Salado Springs Drive
Plano, TX 75025
214-991-9631
cfocontroller@msn.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

ROBERT JONATHAN CLASEN
8301 SALADO SPRINGS DRIVE
PLANO, TX 75025,
                    *Plaintiff,*

V.

CAUSE NO:

4:15cv625

THOMAS PANZA
BANK OF AMERICA BUILDING, 3ᴿᴰ FLOOR
3600 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE, FL 33308,
                    *Defendant,*

## 1ˢᵗ AMENDED COMPLAINT

## I. NATURE OF THE CASE

### To the Honorable District Court Judge Bush:

1. PERSUANT TO REFERRAL ORDER RC-72.4, Plaintiff, Robert Jonathan Clasen ("Clasen") brings this action for all relief that is just and proper from the defendant's patterns of racketeering. As a result, the plaintiff sustained losses to his personal and business property. This action is for:

- Loss or depreciation of future income as an osteopathic physician
- Loss of subsidized medical training (residency)
- Damage to educational assets
- Attorney's fees
- Court costs

## II. JURISDICTION

2. This action is brought pursuant to federal diversity jurisdiction, 28 U.S.C. § 1332, as the parties are diverse in citizenship and the amount in controversy exceeds $75,000.00.

### III. VENUE

3. Venue is proper pursuant to 18 U.S.C. § 1965.

### IV. PARTIES

4. **Robert Jonathan Clasen** is a resident of Washington, D.C. that now resides in Plano, TX. He is a former C.P.A. and U.S. Marine that started medical school at the age of 34.

5. **Thomas Panza** is a resident of Florida and is the general council for Nova Southeastern University. Mr. Panza's firm (which bears his name) was paid $4,308,214 from Nova Southeastern University in 2011 (from IRS Form 990).

### V. FACTS

6. Clasen enrolled and began the 4 year Osteopathic Medical Program at Nova Southeastern University in the fall of 2011.

7. A contract existed between Clasen and NSU.

8. In exchange for payments, completion of requirements, and an absence of disciplinary action, NSU would provide the educational services described in their student handbook and a final good, a diploma in exchange for a $275 graduation fee, which Clasen has paid.

9. The academic requirements included passing:

|  |  |
|---|---|
| Years 1 & 2: | 59 classroom classes |
| Year 3: | 11 one month "rotations" (hands on training out of classroom) |
| Year 4: | 9 one-month rotations |

10. In addition, there are prescribed "board exams" and "subject shelf exams" associated with some rotations as listed below.

11. On **April 29, 2015,** Clasen passed his final rotation and had completed the program within the bounds of honest service.

- Payments made: $338,471.50
- Coursework
  - Year 1 and 2:        Courses attempted: 59        Courses passed: 59
- Rotations
  - Year 3:        Rotations attempted: 11        Rotations passed: 11

- o   Year 4:                      Rotations attempted: 9          Rotations passed: 9
- Standardized Examinations Attempted and Scored:
  - o   COMLEX Level 1:                          518 (PASS)
  - o   COMAT Pediatrics:                         93 (PASS)
  - o   COMAT OBGYN                             92 (PASS)
  - o   COMAT Psychiatry                          94 (PASS)
  - o   COMAT Internal Medicine                   96 (PASS)
  - o   COMAT Surgery                             83 (PASS)
  - o   COMLEX Level 2 PE (Alleged Racket)*      Outstanding on 04/29/15
  - o   COMLEX Level 2 CE                        Outstanding on 04/29/15
  - o   COMAT Family Medicine                    Outstanding on 04/29/15
- Disciplinary Action: none

*However, Clasen had fallen out of favor with some of the faculty on the 4th floor when he demanded payment as a school approved tutor in January 2014 for hours worked back in November 2013. As retribution, he was allegedly being repetitively failed on an expensive subjective exam by a small testing agency that allegedly provided kickbacks to faculty at his school.


12. Clasen's ambitions toward a career in academic medicine had put him allegedly and unknowingly in a turf war with the medical school.


13. Clasen was allegedly retaliated against by faculty with conflicted interest by breaking criminal statues associated with mail fraud, wire fraud, and honest service fraud to manufacture a list of 5 reasons that he would not receive his diploma.


14. Clasen was referred to Mr. Panza, the school's legal counsel by the end of May 2015.


15. Clasen utilized the policies and procedures of the university, but was repetitively threatened by Mr. Panza whenever he attempted to make a complaint to law enforcement or any entity external to the university.

## VI. CLAIM

### COUNT 1

16. (PERSUANT TO 18 U.S.C. § 1961 of the RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT)


("Obstructing Justice")

17. Mr. Panza is a person who engages in a pattern of racketeering activity connected to the conduct and control of Nova Southeastern University (an enterprise). In 2011, he received $4,308,214 from Nova Southeastern University.

18. Mr. Panza's written threats denote a pattern of racketeering activity consisting of multiple acts of obstructing justice. Mr. Panza uses a scheme to leverage threats to Clasen's student status to deny him access to law enforcement. Mr. Panza's July 1, 2015 letter .

19. Additionally, Clasen, a former C.P.A., requested a copy of NSUs tax exempt status "qualifying" documents from Mr. Panza, which a 501c3 such as NSU is required to give by law on request within 30 days. Mr. Panza instead gives him a 2 page "verification" of NSU's tax exempt status. Mr. Panza did not respond to Clasen's reply re-requesting the "qualifying" documents.

20. NSU and Mr. Panza's conspiracy to defraud the United States (via tax evasion) are necessary so that Mr. Panza can receive such high pay on an annual basis. The $4.3 million that Mr. Panza received in 2011 is approximately 3 times what the entire basic science faculty (years 1 and 2) of the medical school received in 2011, $1.48 million.

## VI. Request for jury trial.

## VII. Relief

21. Lost earnings (July – Sept 2015) $3,750 x 3 = $11,250

22. Cost of weekend seminar Medical Training from private company for a year $4,250.

23. Per Diem for training $135 x 2 days/week x 52 weeks per year = $14,040

24. $4,000 in unpaid tutoring wages from 2014

25. $6,250 tuition refund for April 2015 rotation

26. If started residency in 2016 (60th percentile to 10th percentile due to heavily detracted residency application) $2,543,366.

27. Punitive damages

28. 50% of any relief granted should be paid directly to:

        Wendy A Clasen

        7646 East 122nd Ave

        Thornton, CO 80602


29. Damage to business assets

    WHEREFORE, Plaintiff, Mr. Robert Clasen prays that the court afford him all relief that is just and proper.

Dated: 09/25/2015                      Respectfully submitted,

                                   ROBERT CLASEN


                                   Robert Clasen
                                   8301 Salado Springs Drive
                                   Plano, TX 75025
                                   214-991-9631
                                   cfocontroller@msn.com

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ROBERT JONATHAN CLASEN | THOMAS PANZA |

| (b) County of Residence of First Listed Plaintiff   COLLIN, TX | County of Residence of First Listed Defendant   BROWARD, FL |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ❏ 3   Federal Question *(U.S. Government Not a Party)*
- ❏ 2   U.S. Government Defendant
- ☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>❏ 360 Other Personal Injury<br>❏ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury - Product Liability<br>❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark<br>**SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g)) | ❏ 375 False Claims Act<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>☒ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities/ Exchange<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information Act<br>❏ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure |
| ❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | ❏ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 448 Education | **Habeas Corpus:**<br>❏ 463 Alien Detainee<br>❏ 510 Motions to Vacate Sentence<br>❏ 530 General<br>❏ 535 Death Penalty<br>**Other:**<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee - Conditions of Confinement | ❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Management Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 465 Other Immigration Actions | ❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | Act/Review or Appeal of Agency Decision<br>❏ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ❏ 2   Removed from State Court
- ❏ 3   Remanded from Appellate Court
- ❏ 4   Reinstated or Reopened
- ❏ 5   Transferred from Another District *(specify)*
- ❏ 6   Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. §§ 1965

Brief description of cause:
Defendents' patterns' of racketeering in obstructing justice

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE   JUDGE BUSH   DOCKET NUMBER   15cv8231

DATE
09/25/2015

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

JS 44 Reverse (Rev 12/12)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**   **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100  Fax (954) 390-7991

*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL  33134

June 3, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:     NSU/Clasen, Robert**
**Our file no.:  00001/15-21146**

Dear Mr. Clasen:

Please be advised the law Firm of Panza, Maurer & Maynard, P.A. is legal counsel for Nova Southeastern University, Inc. ("NSU").

On May 7, 2015, we received correspondence from the Law Offices of Steve Rossi, P.A., advising that they represented you.  Mr. Rossi's office provided an authorization for the release of "any and all information and records" related to you to be released to such office.

Monday, June 1, 2015, we received correspondence from Mr. Rossi's office indicating that they no longer represent you.  Therefore, all further correspondence related to your legal claims against NSU should be directed to our office and not to NSU directly.

Thank you for your time and attention.

Sincerely,

THOMAS F. PANZA, ESQ.

TFP/DPM/ms

Exhibit
A-1



215 South Monroe Street
Suite 320
Tallahassee, Florida  32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100  Fax (954) 390-7991

*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL  33134

June 3, 2015


Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:    NSU/Clasen, Robert**
**Our file no.:  00001/15-21146**

Dear Mr. Clasen:

Please be advised the law Firm of Panza, Maurer & Maynard, P.A. is legal counsel for Nova Southeastern University, Inc. ("NSU").

On May 7, 2015, we received correspondence from the Law Offices of Steve Rossi, P.A., advising that they represented you.  Mr. Rossi's office provided an authorization for the release of "any and all information and records" related to you to be released to such office.

Monday, June 1, 2015, we received correspondence from Mr. Rossi's office indicating that they no longer represent you.  Therefore, all further correspondence related to your legal claims against NSU should be directed to our office and not to NSU directly.

Thank you for your time and attention.

Sincerely,

THOMAS F. PANZA, ESQ.

TFP/DPM/ms

Exhibit
A-1



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100  Fax (954) 390-7991
*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL  33134

June 3, 2015

Via email: rcl152@nova.edu
Mr. Robert Clasen

**Re:     NSU/Clasen, Robert**
**Our file no.:  00001/15-21146**

Dear Mr. Clasen:

Please be advised the law Firm of Panza, Maurer & Maynard, P.A. is legal counsel for Nova Southeastern University, Inc. ("NSU").

On May 7, 2015, we received correspondence from the Law Offices of Steve Rossi, P.A., advising that they represented you.  Mr. Rossi's office provided an authorization for the release of "any and all information and records" related to you to be released to such office.

Monday, June 1, 2015, we received correspondence from Mr. Rossi's office indicating that they no longer represent you.  Therefore, all further correspondence related to your legal claims against NSU should be directed to our office and not to NSU directly.

Thank you for your time and attention.

Sincerely,

THOMAS F. PANZA, ESQ.

TFP/DPM/ms

Exhibit
A-1



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100   Fax (954) 390-7991

*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL 33134

June 12, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:    NSU/Clasen, Robert**
**        Our file no.:  00001/15-21146**

Dear Mr. Clasen,

We have received your correspondence regarding your representation by Mr. Steve Rossi. Please be advised that the University has not provided your records to Mr. Rossi's office.

It has been brought to our attention, that despite having been advised of the appropriate channels within the University in which to submit your complaints and grievances, you continue to utilize improper channels. Please be advised that all non-academic grievances should be submitted to Dr. Gay Holliday, the Associate Dean of Student Affairs, all legal matters should be submitted to my attention, and all academic grievances should be addressed through the academic grievance process set forth in the COM Student Handbook. Please be further advised that continued communication with improper channels at the University is disruptive to the University's operations, harassing and violates the University's Student Code of Conduct. Violations of the Student Code of Conduct may result in disciplinary action, up to and including dismissal from the University.

Please be advised that the University has responded to you in an appropriate manner on all issues. This will be the last time that the University informs you of the items you must complete in order to be taken off of administrative leave and complete your program. They are as follows:

1.    You must have an evaluation from a medical doctor, affiliated with a medical school who will certify that you are able to return to the rigors of medical school. The medical doctor selected to do the certification must be approved by the office of the COM Dean prior to the evaluation.

2.    You must then retake the COMAT examination for the Family Medicine rotation.

Exhibit
A-2



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100   Fax (954) 390-7991

*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL  33134

June 12, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:     NSU/Clasen, Robert**
**        Our file no.:  00001/15-21146**

Dear Mr. Clasen,

        We have received your correspondence regarding your representation by Mr. Steve Rossi. Please be advised that the University has not provided your records to Mr. Rossi's office.

        It has been brought to our attention, that despite having been advised of the appropriate channels within the University in which to submit your complaints and grievances, you continue to utilize improper channels. Please be advised that all non-academic grievances should be submitted to Dr. Gay Holliday, the Associate Dean of Student Affairs, all legal matters should be submitted to my attention, and all academic grievances should be addressed through the academic grievance process set forth in the COM Student Handbook. Please be further advised that continued communication with improper channels at the University is disruptive to the University's operations, harassing and violates the University's Student Code of Conduct. Violations of the Student Code of Conduct may result in disciplinary action, up to and including dismissal from the University.

        Please be advised that the University has responded to you in an appropriate manner on all issues. This will be the last time that the University informs you of the items you must complete in order to be taken off of administrative leave and complete your program. They are as follows:

1.      You must have an evaluation from a medical doctor, affiliated with a medical school who will certify that you are able to return to the rigors of medical school. The medical doctor selected to do the certification must be approved by the office of the COM Dean prior to the evaluation.

2.      You must then retake the COMAT examination for the Family Medicine rotation.

Exhibit
A-2



215 South Monroe Street           BankAmerica Building, Third Floor           Two Alhambra Plaza
Suite 320           3600 North Federal Highway           Suite 102
Tallahassee, Florida  32301           Fort Lauderdale, Florida 33308           Coral Gables, FL  33134
(850) 681-0980           (954) 390-0100   Fax (954) 390-7991
Fax (850) 681-0983           *Please reply to Fort Lauderdale Office*

June 12, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:**   **NSU/Clasen, Robert**
       **Our file no.:  00001/15-21146**

Dear Mr. Clasen,

       We have received your correspondence regarding your representation by Mr. Steve Rossi.  Please be advised that the University has not provided your records to Mr. Rossi's office.

       It has been brought to our attention, that despite having been advised of the appropriate channels within the University in which to submit your complaints and grievances, you continue to utilize improper channels.  Please be advised that all non-academic grievances should be submitted to Dr. Gay Holliday, the Associate Dean of Student Affairs, all legal matters should be submitted to my attention, and all academic grievances should be addressed through the academic grievance process set forth in the COM Student Handbook.  Please be further advised that continued communication with improper channels at the University is disruptive to the University's operations, harassing and violates the University's Student Code of Conduct.  Violations of the Student Code of Conduct may result in disciplinary action, up to and including dismissal from the University.

       Please be advised that the University has responded to you in an appropriate manner on all issues.  This will be the last time that the University informs you of the items you must complete in order to be taken off of administrative leave and complete your program.  They are as follows:

1.      You must have an evaluation from a medical doctor, affiliated with a medical school who will certify that you are able to return to the rigors of medical school.  The medical doctor selected to do the certification must be approved by the office of the COM Dean prior to the evaluation.

2.      You must then retake the COMAT examination for the Family Medicine rotation.

Exhibit
A-2

Mr. Robert Clasen
June 12, 2015
Page 2

3.      You must appear before the COM Student Progress Committee to address behavioral concerns including: a complaint which has been filed by a preceptor alleging unprofessional behavior; and, issues of impropriety regarding the scheduling, paperwork, and approval of your final clinical rotation.

4.      After completion of the above, you must pass the LEVEL II PE examination of the NBOME Comlex examination.

5.      You must take the NBOME Part II Comlex CE examination.

Please govern yourself accordingly.

Sincerely,

THOMAS F. PANZA, ESQ.

TFP/DPM/ms

Mr. Robert Clasen
June 12, 2015
Page 2

3.      You must appear before the COM Student Progress Committee to address behavioral concerns including: a complaint which has been filed by a preceptor alleging unprofessional behavior; and, issues of impropriety regarding the scheduling, paperwork, and approval of your final clinical rotation.

4.      After completion of the above, you must pass the LEVEL II PE examination of the NBOME Comlex examination.

5.      You must take the NBOME Part II Comlex CE examination.

Please govern yourself accordingly.

Sincerely,

THOMAS F. PANZA, ESQ.

TFP/DPM/ms

Mr. Robert Clasen
June 12, 2015
Page 2

3.      You must appear before the COM Student Progress Committee to address behavioral concerns including: a complaint which has been filed by a preceptor alleging unprofessional behavior; and, issues of impropriety regarding the scheduling, paperwork, and approval of your final clinical rotation.

4.      After completion of the above, you must pass the LEVEL II PE examination of the NBOME Comlex examination.

5.      You must take the NBOME Part II Comlex CE examination.

Please govern yourself accordingly.

Sincerely,

THOMAS F. PANZA, ESQ.

TFP/DPM/ms



215 South Monroe Street        BankAmerica Building, Third Floor        Two Alhambra Plaza
Suite 320        3600 North Federal Highway        Suite 102
Tallahassee, Florida 32301        Fort Lauderdale, Florida 33308        Coral Gables, FL 33134
(850) 681-0980        (954) 390-0100   Fax (954) 390-7991
Fax (850) 681-0983        *Please reply to Fort Lauderdale Office*

June 22, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:    NSU/Clasen, Robert**
**Our file no.: 00001/15-21146**

Dear Mr. Clasen:

I am in receipt of your correspondence dated June 11, 2015 whereby you advise that you will cease making complaints via the University's Corporate Compliance Hotline, list a number of matters which you would like addressed by the University, and request appropriate action regarding any records received from Mr. Steve Rossi's office.

First, we would like to clarify that the University did not receive nor provide, any records to Mr. Stephen Rossi. We have reviewed each of your issues contained in such correspondence, and have provided responses below:

1.    *I was put on Administrative Leave on 05/12/2015 and not allowed to attend Commencement on 05/15/2015 for no reason that would be considered valid or sound. The "unprofessional behavior" was already scheduled to be addressed after Commencement by the Student Progress Committee and this was to be my first appearance before such Committee.*

> **Response:** Mr. Clasen, the Dean of the College of Medicine ("COM") has the authority to place a student on Administrative Leave based upon the student's individual circumstances. In accordance with COM policy, the Dean determined, based upon your individual circumstances including, but not limited to, your unprofessional behavior and the circumstances surrounding your status as missing, as reported by law enforcement, you would be placed on Administrative Leave. (See: 2014-2015 COM Student Handbook, pg. 130)

{00323657.DOCX. 1 }

Exhibit
A-3



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100   Fax (954) 390-7991
*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL 33134

June 22, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:    NSU/Clasen, Robert**
         **Our file no.: 00001/15-21146**

Dear Mr. Clasen:

I am in receipt of your correspondence dated June 11, 2015 whereby you advise that you will cease making complaints via the University's Corporate Compliance Hotline, list a number of matters which you would like addressed by the University, and request appropriate action regarding any records received from Mr. Steve Rossi's office.

First, we would like to clarify that the University did not receive nor provide, any records to Mr. Stephen Rossi. We have reviewed each of your issues contained in such correspondence, and have provided responses below:

1.    *I was put on Administrative Leave on 05/12/2015 and not allowed to attend Commencement on 05/15/2015 for no reason that would be considered valid or sound. The "unprofessional behavior" was already scheduled to be addressed after Commencement by the Student Progress Committee and this was to be my first appearance before such Committee.*

> **Response:** Mr. Clasen, the Dean of the College of Medicine ("COM") has the authority to place a student on Administrative Leave based upon the student's individual circumstances. In accordance with COM policy, the Dean determined, based upon your individual circumstances including, but not limited to, your unprofessional behavior and the circumstances surrounding your status as missing, as reported by law enforcement, you would be placed on Administrative Leave. (See: 2014-2015 COM Student Handbook, pg. 130)

Exhibit
A-3



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100  Fax (954) 390-7991
*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL 33134

June 22, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

Re:     **NSU/Clasen, Robert**
        **Our file no.:  00001/15-21146**

Dear Mr. Clasen:

I am in receipt of your correspondence dated June 11, 2015 whereby you advise that you will cease making complaints via the University's Corporate Compliance Hotline, list a number of matters which you would like addressed by the University, and request appropriate action regarding any records received from Mr. Steve Rossi's office.

First, we would like to clarify that the University did not receive nor provide, any records to Mr. Stephen Rossi.  We have reviewed each of your issues contained in such correspondence, and have provided responses below:

1.      *I was put on Administrative Leave on 05/12/2015 and not allowed to attend Commencement on 05/15/2015 for no reason that would be considered valid or sound.  The "unprofessional behavior" was already scheduled to be addressed after Commencement by the Student Progress Committee and this was to be my first appearance before such Committee.*

> **Response:**  Mr. Clasen, the Dean of the College of Medicine ("COM") has the authority to place a student on Administrative Leave based upon the student's individual circumstances.  In accordance with COM policy, the Dean determined, based upon your individual circumstances including, but not limited to, your unprofessional behavior and the circumstances surrounding your status as missing, as reported by law enforcement, you would be placed on Administrative Leave.  (See: 2014-2015 COM Student Handbook, pg. 130)

{00323657.DOCX. 1 }

Exhibit
A-3

Mr. Robert Clasen
June 22, 2015
Page 2

Additionally, the alleged unprofessional behavior will be addressed by the Student Progress Committee upon the conclusion of your Administrative Leave of Absence.

2. *Regarding (3), Robert Ruiz, M.D. was not a preceptor as he declined to evaluate my research rotation. This evaluation was done by another physician and the school has given me credit for this rotation. By giving me credit for this rotation, it is not possible for there to be "issues of impropriety," as described in your letter.*

**Response:** This matter will be addressed by the Student Progress Committee upon the conclusion of your Administrative Leave.

3. *Regarding (1), this is language consistent with requesting a voluntary Leave of Absence, due to stress. I have not done such. Furthermore, the University system does not show that I am on a Leave of Absence. ever been, and certifies full attendance.*

**Response:** On May 12, 2015, you were placed on an Administrative Leave of Absence. As such, you are required to provide the information previously requested, to be removed from the Administrative Leave of Absence.

4. *It is not possible to commit unprofessional behavior while engaging in protected activity. I asked the Police to please escort me to see Dr. Ruiz, per the written and signed instructions given to me by Elaine Lefkowitz, who is the director of clinical rotations.*

**Response:** The alleged unprofessional behavior will be addressed by the Student Progress Committee upon the conclusion of your Administration Leave.

5. *There are major inconsistencies between the card that I received from the Officer named Mitchell, and the Police report that was written surrounding the encounter.*

**Response:** We are unaware of the communication you received from an officer Mitchell. Any issues related to unprofessional behavior may be addressed by the Student Progress Committee upon the conclusion of your Administration Leave.

6. *Regarding (4) and (2), the University's requirement that I undergo further assessment by the NBOME would be in violation of its own policies, as I have major differences with the organization regarding its policy of making candidates pay for unnecessary travel and lodging\* among other differences\*\*.*

**Response:** **NSU COM** requires students to pass Comlex Level I and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129) Your request for a

Mr. Robert Clasen
June 22, 2015
Page 2

Additionally, the alleged unprofessional behavior will be addressed by the Student Progress Committee upon the conclusion of your Administrative Leave of Absence.

2.      *Regarding (3), Robert Ruiz, M.D. was not a preceptor as he declined to evaluate my research rotation. This evaluation was done by another physician and the school has given me credit for this rotation. By giving me credit for this rotation, it is not possible for there to be "issues of impropriety," as described in your letter.*

**Response:** This matter will be addressed by the Student Progress Committee upon the conclusion of your Administrative Leave.

3.      *Regarding (1), this is language consistent with requesting a voluntary Leave of Absence, due to stress. I have not done such. Furthermore, the University system does not show that I am on a Leave of Absence, ever been, and certifies full attendance.*

**Response:** On May 12, 2015, you were placed on an Administrative Leave of Absence. As such, you are required to provide the information previously requested, to be removed from the Administrative Leave of Absence.

4.      *It is not possible to commit unprofessional behavior while engaging in protected activity. I asked the Police to please escort me to see Dr. Ruiz, per the written and signed instructions given to me by Elaine Lefkowitz, who is the director of clinical rotations.*

**Response:** The alleged unprofessional behavior will be addressed by the Student Progress Committee upon the conclusion of your Administration Leave.

5.      *There are major inconsistencies between the card that I received from the Officer named Mitchell, and the Police report that was written surrounding the encounter.*

**Response:** We are unaware of the communication you received from an officer Mitchell. Any issues related to unprofessional behavior may be addressed by the Student Progress Committee upon the conclusion of your Administration Leave.

6.      *Regarding (4) and (2), the University's requirement that I undergo further assessment by the NBOME would be in violation of its own policies, as I have major differences with the organization regarding its policy of making candidates pay for unnecessary travel and lodging\* among other differences\*\*.*

**Response:** NSU COM requires students to pass Comlex Level I and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129)   Your request for a

Mr. Robert Clasen
June 22, 2015
Page 2

> Additionally, the alleged unprofessional behavior will be addressed by the Student Progress Committee upon the conclusion of your Administrative Leave of Absence.

2.      *Regarding (3), Robert Ruiz, M.D. was not a preceptor as he declined to evaluate my research rotation. This evaluation was done by another physician and the school has given me credit for this rotation. By giving me credit for this rotation, it is not possible for there to be "issues of impropriety," as described in your letter.*

> **Response:**   This matter will be addressed by the Student Progress Committee upon the conclusion of your Administrative Leave.

3.      *Regarding (1), this is language consistent with requesting a voluntary Leave of Absence, due to stress. I have not done such. Furthermore, the University system does not show that I am on a Leave of Absence, ever been, and certifies full attendance.*

> **Response:**   On May 12, 2015, you were placed on an Administrative Leave of Absence. As such, you are required to provide the information previously requested, to be removed from the Administrative Leave of Absence.

4.      *It is not possible to commit unprofessional behavior while engaging in protected activity. I asked the Police to please escort me to see Dr. Ruiz, per the written and signed instructions given to me by Elaine Lefkowitz, who is the director of clinical rotations.*

> **Response:**   The alleged unprofessional behavior will be addressed by the Student Progress Committee upon the conclusion of your Administration Leave.

5.      *There are major inconsistencies between the card that I received from the Officer named Mitchell, and the Police report that was written surrounding the encounter.*

> **Response:**   We are unaware of the communication you received from an officer Mitchell. Any issues related to unprofessional behavior may be addressed by the Student Progress Committee upon the conclusion of your Administration Leave.

6.      *Regarding (4) and (2), the University's requirement that I undergo further assessment by the NBOME would be in violation of its own policies, as I have major differences with the organization regarding its policy of making candidates pay for unnecessary travel and lodging\* among other differences\*\*.*

> **Response:**   NSU COM requires students to pass Comlex Level I and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129)   Your request for a

Mr. Robert Clasen
June 22, 2015
Page 3

waiver from such graduation requirements has been considered by the
College and University Administration and has been denied.

7.      *Regarding (2), with the lack of validity or soundness of (1), there are multiple
reasons why this requirement should not be considered.*

      (a)      *The assessment was taken after the date of my known major disagreement
with such organization.*

      (b)      *This requirement is capricious as I received credit for two identical
rotations without this assessment.*

      (c)      *On multiple similar assessments that would cover the scope of the
assessment mentioned in (2) which were received prior to the date of
major disagreement mentioned above, I was well above the threshold.*

      **Response:  NSU COM** requires students to pass Comlex Level I and
Level II CE and PE examination as part of their graduation requirements.
(See: 2014-2015 COM Student Handbook Pg.129)  Your request for a
waiver from such graduation requirements has been considered by the
College and University Administration and has been denied.

8.      *Regarding (4), it is noteworthy that this requirement should also be considered
capricious, by definition that is beyond what has already been stated.  Though this topic is
beyond the scope of this letter, also, the merits of the evaluation lack the scope of previous
assessments.*

      **Response:  NSU COM** requires students to pass Comlex Level I and
Level II CE and PE examination as part of their graduation requirements.
(See: 2014-2015 COM Student Handbook Pg.129)  Your request for a
waiver from such graduation requirements has been considered by the
College and University Administration and has been denied.

9.      *Additionally, the NBOME assessments that should be excluded after the date of
major disagreement with the NBOME are requirements for licensure, which is the responsibility
of the State.  The University should not confuse this with its role.  Furthermore, the diploma that
is being withheld does not confer rights or privileges.  As such, the denial of such diploma has no
upside for the University but will prevent me from mitigating permanent damages which are time
sensitive in nature.*

      **Response:  NSU COM** requires students to pass Comlex Level I and
Level II CE and PE examination as part of their graduation requirements.
(See: 2014-2015 COM Student Handbook Pg.129)  Your request for a

Mr. Robert Clasen
June 22, 2015
Page 3

    waiver from such graduation requirements has been considered by the College and University Administration and has been denied.

  7.  *Regarding (2), with the lack of validity or soundness of (1), there are multiple reasons why this requirement should not be considered.*

    (a)  *The assessment was taken after the date of my known major disagreement with such organization.*

    (b)  *This requirement is capricious as I received credit for two identical rotations without this assessment.*

    (c)  *On multiple similar assessments that would cover the scope of the assessment mentioned in (2) which were received prior to the date of major disagreement mentioned above, I was well above the threshold.*

    **Response:** **NSU COM** requires students to pass Comlex Level 1 and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129)  Your request for a waiver from such graduation requirements has been considered by the College and University Administration and has been denied.

  8.  *Regarding (4), it is noteworthy that this requirement should also be considered capricious, by definition that is beyond what has already been stated.  Though this topic is beyond the scope of this letter, also, the merits of the evaluation lack the scope of previous assessments.*

    **Response:** **NSU COM** requires students to pass Comlex Level 1 and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129)  Your request for a waiver from such graduation requirements has been considered by the College and University Administration and has been denied.

  9.  *Additionally, the NBOME assessments that should be excluded after the date of major disagreement with the NBOME are requirements for licensure, which is the responsibility of the State.  The University should not confuse this with its role.  Furthermore, the diploma that is being withheld does not confer rights or privileges.  As such, the denial of such diploma has no upside for the University but will prevent me from mitigating permanent damages which are time sensitive in nature.*

    **Response:** **NSU COM** requires students to pass Comlex Level 1 and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129)  Your request for a

Mr. Robert Clasen
June 22, 2015
Page 3

waiver from such graduation requirements has been considered by the College and University Administration and has been denied.

7.    *Regarding (2), with the lack of validity or soundness of (1), there are multiple reasons why this requirement should not be considered.*

   (a)    *The assessment was taken after the date of my known major disagreement with such organization.*

   (b)    *This requirement is capricious as I received credit for two identical rotations without this assessment.*

   (c)    *On multiple similar assessments that would cover the scope of the assessment mentioned in (2) which were received prior to the date of major disagreement mentioned above, I was well above the threshold.*

   **Response:  NSU COM** requires students to pass Comlex Level I and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129)  Your request for a waiver from such graduation requirements has been considered by the College and University Administration and has been denied.

8.    *Regarding (4), it is noteworthy that this requirement should also be considered capricious, by definition that is beyond what has already been stated.  Though this topic is beyond the scope of this letter, also, the merits of the evaluation lack the scope of previous assessments.*

   **Response:  NSU COM** requires students to pass Comlex Level I and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129)  Your request for a waiver from such graduation requirements has been considered by the College and University Administration and has been denied.

9.    *Additionally, the NBOME assessments that should be excluded after the date of major disagreement with the NBOME are requirements for licensure, which is the responsibility of the State.  The University should not confuse this with its role.  Furthermore, the diploma that is being withheld does not confer rights or privileges.  As such, the denial of such diploma has no upside for the University but will prevent me from mitigating permanent damages which are time sensitive in nature.*

   **Response:  NSU COM** requires students to pass Comlex Level I and Level II CE and PE examination as part of their graduation requirements. (See: 2014-2015 COM Student Handbook Pg.129)  Your request for a

Mr. Robert Clasen
June 22, 2015
Page 4

> waiver from such graduation requirements has been considered by the
> College and University Administration and has been denied.
>
> As you have not yet met the requirements for degree conferral, you are
> unable to receive a diploma.

10.     *As of today, 06/11/15, the University has breached its contract with me.  I have
made payments in excess of $338,000 to the University and fulfilled requirements to the best of
my ability.  However, there is overwhelming evidence that the University is attempting to obtain
additional payment by leveraging the value of the final good.  Had I known of such malicious
intent, I would have never agreed to the terms of the contract that we entered into when I
enrolled in 2011.*

> **Response:**   The University has not breached a contract with you.
> According to the Student Handbook, the graduation requirements include
> the passage of Comlex Level II CE and PE.  (See: 2014-2015 COM
> Student Handbook Pg. 129.)  You have not yet fulfilled the requirements
> for degree conferral.

11.     *Furthermore, it is apparent that the University intends to keep the $338,000 that
was acquired via Federal Aid for which I am responsible for repayment.*

> **Response:**   The University has not breached a contract with you.
> According to the Student Handbook, the graduation requirements include
> the passage of Comlex Level II CE and PE.  (See: 2014-2015 COM
> Student Handbook Pg. 129.)  You have not yet fulfilled the requirements
> for degree conferral.

12.     *I had asked for an internal investigation of a certain University employee several
times which has never been addressed.  Please provide me with a procedure to initiate such
internal investigation for criminal activities without punishment for the report.*

> **Response:**  Any non-academic grievances should be submitted to Dr. Gay
> Holliday in accordance with the University's policy.

13.     *I have also requested a copy of the University's documents that would <u>qualify</u> it
for 501c3 status and have yet to receive confirmation that these documents are being sent.   I
believe that there is a 30 day requirement for receipt.   If I'm required to make payments for
copies or postage, please let me know immediately.*

> **Response:**  Please see attached.

14.     *I have asked that Dr. Elaine Wallace, D.O. personally to undergo voluntary
psychiatric evaluation for fulfilling 2 out of the 3 requirements of Florida's Baker Act.  This
relates to numbered Item 1 above.  I do not feel comfortable asking if she has complied with my*

Mr. Robert Clasen
June 22, 2015
Page 4

> waiver from such graduation requirements has been considered by the
> College and University Administration and has been denied.
>
> As you have not yet met the requirements for degree conferral, you are
> unable to receive a diploma.

10.    *As of today, 06/11/15, the University has breached its contract with me. I have
made payments in excess of $338,000 to the University and fulfilled requirements to the best of
my ability. However, there is overwhelming evidence that the University is attempting to obtain
additional payment by leveraging the value of the final good. Had I known of such malicious
intent, I would have never agreed to the terms of the contract that we entered into when I
enrolled in 2011.*

> **Response:**   The University has not breached a contract with you.
> According to the Student Handbook, the graduation requirements include
> the passage of Comlex Level II CE and PE.  (See: 2014-2015 COM
> Student Handbook Pg. 129.)  You have not yet fulfilled the requirements
> for degree conferral.

11.    *Furthermore, it is apparent that the University intends to keep the $338,000 that
was acquired via Federal Aid for which I am responsible for repayment.*

> **Response:**   The University has not breached a contract with you.
> According to the Student Handbook, the graduation requirements include
> the passage of Comlex Level II CE and PE.  (See: 2014-2015 COM
> Student Handbook Pg. 129.)  You have not yet fulfilled the requirements
> for degree conferral.

12.    *I had asked for an internal investigation of a certain University employee several
times which has never been addressed.  Please provide me with a procedure to initiate such
internal investigation for criminal activities without punishment for the report.*

> **Response:**  Any non-academic grievances should be submitted to Dr. Gay
> Holliday in accordance with the University's policy.

13.    *I have also requested a copy of the University's documents that would* underline{qualify} *it
for 501c3 status and have yet to receive confirmation that these documents are being sent.  I
believe that there is a 30 day requirement for receipt.  If I'm required to make payments for
copies or postage, please let me know immediately.*

> **Response:**  Please see attached.

14.    *I have asked that Dr. Elaine Wallace, D.O. personally to undergo voluntary
psychiatric evaluation for fulfilling 2 out of the 3 requirements of Florida's Baker Act.  This
relates to numbered Item 1 above.  I do not feel comfortable asking if she has complied with my*

Mr. Robert Clasen
June 22, 2015
Page 4

>    waiver from such graduation requirements has been considered by the
>    College and University Administration and has been denied.
>
>    As you have not yet met the requirements for degree conferral, you are
>    unable to receive a diploma.

10.    *As of today, 06/11/15, the University has breached its contract with me. I have
made payments in excess of $338,000 to the University and fulfilled requirements to the best of
my ability. However, there is overwhelming evidence that the University is attempting to obtain
additional payment by leveraging the value of the final good. Had I known of such malicious
intent, I would have never agreed to the terms of the contract that we entered into when I
enrolled in 2011.*

>    **Response:**    The University has not breached a contract with you.
>    According to the Student Handbook, the graduation requirements include
>    the passage of Comlex Level II CE and PE. (See: 2014-2015 COM
>    Student Handbook Pg. 129.) You have not yet fulfilled the requirements
>    for degree conferral.

11.    *Furthermore, it is apparent that the University intends to keep the $338,000 that
was acquired via Federal Aid for which I am responsible for repayment.*

>    **Response:**    The University has not breached a contract with you.
>    According to the Student Handbook, the graduation requirements include
>    the passage of Comlex Level II CE and PE. (See: 2014-2015 COM
>    Student Handbook Pg. 129.) You have not yet fulfilled the requirements
>    for degree conferral.

12.    *I had asked for an internal investigation of a certain University employee several
times which has never been addressed. Please provide me with a procedure to initiate such
internal investigation for criminal activities without punishment for the report.*

>    **Response:**    Any non-academic grievances should be submitted to Dr. Gay
>    Holliday in accordance with the University's policy.

13.    *I have also requested a copy of the University's documents that would <u>qualify</u> it
for 501c3 status and have yet to receive confirmation that these documents are being sent. I
believe that there is a 30 day requirement for receipt. If I'm required to make payments for
copies or postage, please let me know immediately.*

>    **Response:**    Please see attached.

14.    *I have asked that Dr. Elaine Wallace, D.O. personally to undergo voluntary
psychiatric evaluation for fulfilling 2 out of the 3 requirements of Florida's Baker Act. This
relates to numbered Item 1 above. I do not feel comfortable asking if she has complied with my*

Mr. Robert Clasen
June 22, 2015
Page 5

*request.   In the event she has not, would you provide me with the procedure to take the appropriate next step that will not result in future punishment?*

> **Response:**  Such request is not appropriate under the circumstances and no further response will be provided.

As we have appropriately addressed your concerns, we will not respond further to these matters.   Any new concerns should be raised through the appropriate channels which are indicated in our June 12, 2015 correspondence.

Thank you in advance for your cooperation.

Sincerely,

THOMAS F. PANZA, ESQ.

TFP/DPM/vb/ms

Mr. Robert Clasen
June 22, 2015
Page 5

*request. In the event she has not, would you provide me with the procedure to take the appropriate next step that will not result in future punishment?*

> **Response:** Such request is not appropriate under the circumstances and no further response will be provided.

As we have appropriately addressed your concerns, we will not respond further to these matters. Any new concerns should be raised through the appropriate channels which are indicated in our June 12, 2015 correspondence.

Thank you in advance for your cooperation.

Sincerely,

THOMAS F. PANZA, ESQ.

TFP/DPM/vb/ms

{00323657.DOCX. 1 }

Mr. Robert Clasen
June 22, 2015
Page 5

*request. In the event she has not, would you provide me with the procedure to take the appropriate next step that will not result in future punishment?*

    **Response:** Such request is not appropriate under the circumstances and no further response will be provided.

  As we have appropriately addressed your concerns, we will not respond further to these matters. Any new concerns should be raised through the appropriate channels which are indicated in our June 12, 2015 correspondence.

  Thank you in advance for your cooperation.

       Sincerely,

       THOMAS F. PANZA, ESQ.

TFP/DPM/vb/ms

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0029

In reply refer to:  4077550277
Jan. 24, 2014  LTR 4168C    0
59-1083502    000000 00
                       00031485
                  BODC: TE



NOVA SOUTHEASTERN UNIVERSITY INC
3301 COLLEGE AVE
DAVIE  FL  33314-7721

031575

          Employer Identification Number:  59-1083502
                     Person to Contact:  Ms Benjamin
          Toll Free Telephone Number: 1-877-829-5500

Dear Taxpayer:

This is in response to your Nov. 05, 2013, request for information
regarding your tax-exempt status.

Our records indicate that you were recognized as exempt under
section 501(c)(3) of the Internal Revenue Code in a determination
letter issued in May 1965.

Our records also indicate that you are not a private foundation within
the meaning of section 509(a) of the Code because you are described in
section(s) 509(a)(1) and 170(b)(1)(A)(ii).

Donors may deduct contributions to you as provided in section 170 of
the Code. Bequests, legacies, devises, transfers, or gifts to you or
for your use are deductible for Federal estate and gift tax purposes
if they meet the applicable provisions of sections 2055, 2106, and
2522 of the Code.

Please refer to our website www.irs.gov/eo for information regarding
filing requirements. Specifically, section 6033(j) of the Code
provides that failure to file an annual information return for three
consecutive years results in revocation of tax-exempt status as of
the filing due date of the third return for organizations required to
file. We will publish a list of organizations whose tax-exempt
status was revoked under section 6033(j) of the Code on our website
beginning in early 2011.

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0029

In reply refer to: 4077550277
Jan. 24, 2014 LTR 4168C    0
59-1083502   000000 00
                    00031485
                 BODC: TE



NOVA SOUTHEASTERN UNIVERSITY INC
3301 COLLEGE AVE
DAVIE  FL  33314-7721

031575

            Employer Identification Number:  59-1083502
                     Person to Contact:  Ms Benjamin
            Toll Free Telephone Number: 1-877-829-5500

Dear Taxpayer:

This is in response to your Nov. 05, 2013, request for information
regarding your tax-exempt status.

Our records indicate that you were recognized as exempt under
section 501(c)(3) of the Internal Revenue Code in a determination
letter issued in May 1965.

Our records also indicate that you are not a private foundation within
the meaning of section 509(a) of the Code because you are described in
section(s) 509(a)(1) and 170(b)(1)(A)(ii).

Donors may deduct contributions to you as provided in section 170 of
the Code. Bequests, legacies, devises, transfers, or gifts to you or
for your use are deductible for Federal estate and gift tax purposes
if they meet the applicable provisions of sections 2055, 2106, and
2522 of the Code.

Please refer to our website www.irs.gov/eo for information regarding
filing requirements. Specifically, section 6033(j) of the Code
provides that failure to file an annual information return for three
consecutive years results in revocation of tax-exempt status as of
the filing due date of the third return for organizations required to
file. We will publish a list of organizations whose tax-exempt
status was revoked under section 6033(j) of the Code on our website
beginning in early 2011.

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0029

In reply refer to:  4077550277
Jan. 24, 2014  LTR 4168C   0
59-1083502    000000 00
                    00031485
                  BODC: TE

NOVA SOUTHEASTERN UNIVERSITY INC
3301 COLLEGE AVE
DAVIE  FL  33314-7721



031575

        Employer Identification Number:  59-1083502
                   Person to Contact:  Ms Benjamin
        Toll Free Telephone Number: 1-877-829-5500

Dear Taxpayer:

This is in response to your Nov. 05, 2013, request for information
regarding your tax-exempt status.

Our records indicate that you were recognized as exempt under
section 501(c)(3) of the Internal Revenue Code in a determination
letter issued in May 1965.

Our records also indicate that you are not a private foundation within
the meaning of section 509(a) of the Code because you are described in
section(s) 509(a)(1) and 170(b)(1)(A)(ii).

Donors may deduct contributions to you as provided in section 170 of
the Code. Bequests, legacies, devises, transfers, or gifts to you or
for your use are deductible for Federal estate and gift tax purposes
if they meet the applicable provisions of sections 2055, 2106, and
2522 of the Code.

Please refer to our website www.irs.gov/eo for information regarding
filing requirements. Specifically, section 6033(j) of the Code
provides that failure to file an annual information return for three
consecutive years results in revocation of tax-exempt status as of
the filing due date of the third return for organizations required to
file. We will publish a list of organizations whose tax-exempt
status was revoked under section 6033(j) of the Code on our website
beginning in early 2011.

```
                                                 4077550277
                               Jan. 24, 2014  LTR 4168C   D
                               59-1083502    000000 00
                                                   00031486
```

NOVA SOUTHEASTERN UNIVERSITY INC
3301 COLLEGE AVE
DAVIE  FL  33314-7721


If you have any questions, please call us at the telephone number
shown in the heading of this letter.

                         Sincerely yours,


                         Kenneth Corbin, Acting Director
                         Exempt Organizations

```
                                        4077550277
                     Jan. 24, 2014  LTR 4168C   D
                     59-1083502   000000 00
                                        00031486
```

NOVA SOUTHEASTERN UNIVERSITY INC
3301 COLLEGE AVE
DAVIE  FL  33314-7721


If you have any questions, please call us at the telephone number
shown in the heading of this letter.

                              Sincerely yours,


                              Kenneth Corbin, Acting Director
                              Exempt Organizations

```
                                            4077550277
                        Jan. 24, 2014  LTR 4168C   D
                        59-1083502    000000 00
                                              00031486
```

NOVA SOUTHEASTERN UNIVERSITY INC
3301 COLLEGE AVE
DAVIE  FL  33314-7721


If you have any questions, please call us at the telephone number
shown in the heading of this letter.

Sincerely yours,

Kenneth Corbin, Acting Director
Exempt Organizations



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100  Fax (954) 390-7991

*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL 33134

July 1, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:     NSU/Clasen, Robert**
**        Our file no.:  00001/15-21146**

Dear Mr. Clasen:

Please be advised that the undersigned is the General Counsel for Nova Southeastern University, and I am responding to your various correspondences to the various faculty and staff at Nova Southeastern University over the last several weeks.

Your correspondence is defamatory, libelous, and in many instances could be interpreted as extortionary, unprofessional, and completely inappropriate.  Simply put, your conduct is unconscionable, unacceptable, and deleterious to any type of professional communications with the University.  The University has, on more than one occasion, given you explicit direction on how to air any grievance or issue you may have with the University.  Therefore, the University will no longer accept or respond to communications of this nature.  The University has told you the procedures you are to use, if you have an issue.

This conduct must cease immediately, and the University must have evidence from you that this conduct will cease, by virtue of a correspondence from you to this law firm stating that you will have no further communications of this fashion with the University, and by demonstrating same by not engaging in this conduct.  Absent this evidence by the close of business today (5:00 p.m. Eastern Standard Time), The University will take all appropriate legal actions to stop this defamatory campaign instituted by you.

Exhibit
A-5



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100   Fax (954) 390-7991

*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL 33134

July 1, 2015

Via email: rc1152@nova.edu
Mr. Robert Clasen

**Re:     NSU/Clasen, Robert**
**          Our file no.:  00001/15-21146**

Dear Mr. Clasen:

Please be advised that the undersigned is the General Counsel for Nova Southeastern University, and I am responding to your various correspondences to the various faculty and staff at Nova Southeastern University over the last several weeks.

Your correspondence is defamatory, libelous, and in many instances could be interpreted as extortionary, unprofessional, and completely inappropriate.  Simply put, your conduct is unconscionable, unacceptable, and deleterious to any type of professional communications with the University.  The University has, on more than one occasion, given you explicit direction on how to air any grievance or issue you may have with the University.  Therefore, the University will no longer accept or respond to communications of this nature.  The University has told you the procedures you are to use, if you have an issue.

This conduct must cease immediately, and the University must have evidence from you that this conduct will cease, by virtue of a correspondence from you to this law firm stating that you will have no further communications of this fashion with the University, and by demonstrating same by not engaging in this conduct.  Absent this evidence by the close of business today (5:00 p.m. Eastern Standard Time), The University will take all appropriate legal actions to stop this defamatory campaign instituted by you.

Exhibit
A-5



215 South Monroe Street
Suite 320
Tallahassee, Florida 32301
(850) 681-0980
Fax (850) 681-0983

BankAmerica Building, Third Floor
3600 North Federal Highway
Fort Lauderdale, Florida 33308
(954) 390-0100   Fax (954) 390-7991
*Please reply to Fort Lauderdale Office*

Two Alhambra Plaza
Suite 102
Coral Gables, FL 33134

July 1, 2015

Via email:  rc1152@nova.edu
Mr. Robert Clasen

**Re:    NSU/Clasen, Robert
          Our file no.:  00001/15-21146**

Dear Mr. Clasen:

Please be advised that the undersigned is the General Counsel for Nova Southeastern University, and I am responding to your various correspondences to the various faculty and staff at Nova Southeastern University over the last several weeks.

Your correspondence is defamatory, libelous, and in many instances could be interpreted as extortionary, unprofessional, and completely inappropriate.  Simply put, your conduct is unconscionable, unacceptable, and deleterious to any type of professional communications with the University.  The University has, on more than one occasion, given you explicit direction on how to air any grievance or issue you may have with the University.  Therefore, the University will no longer accept or respond to communications of this nature.  The University has told you the procedures you are to use, if you have an issue.

This conduct must cease immediately, and the University must have evidence from you that this conduct will cease, by virtue of a correspondence from you to this law firm stating that you will have no further communications of this fashion with the University, and by demonstrating same by not engaging in this conduct.  Absent this evidence by the close of business today (5:00 p.m. Eastern Standard Time), The University will take all appropriate legal actions to stop this defamatory campaign instituted by you.

Exhibit
A-5

Mr. Robert Clasen
July 1, 2015
Page 2


  I am directing you to cease and desist this conduct.  If you choose to ignore this direction from the University, you leave the University no alternative but to exercise all of its legal rights in whatever the appropriate forum may be.

  PLEASE GOVERN YOURSELF ACCORDINGLY.

        Sincerely,

        THOMAS F. PANZA, ESQ.
        General Counsel to Nova Southern University

TFP/kad

Mr. Robert Clasen
July 1, 2015
Page 2

I am directing you to cease and desist this conduct.  If you choose to ignore this direction from the University, you leave the University no alternative but to exercise all of its legal rights in whatever the appropriate forum may be.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Sincerely,

THOMAS F. PANZA, ESQ.
General Counsel to Nova Southern University

TFP/kad

Mr. Robert Clasen
July 1, 2015
Page 2

I am directing you to cease and desist this conduct.  If you choose to ignore this direction from the University, you leave the University no alternative but to exercise all of its legal rights in whatever the appropriate forum may be.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Sincerely,

THOMAS F. PANZA, ESQ.
General Counsel to Nova Southern University

TFP/kad

# Re: Charges Against Nova Faculty

## Robert Pietrykowski <rpietrykowski@nova.edu>

Tue 6/30/2015 6:11 PM

To Robert Clasen <rc1152@nova edu>,

Cc plynn@davie-fl gov <plynn@davie-fl gov>, robclasen@gmail com <robclasen@gmail com>,

Mr clausen

I will forward your email with attachments to the university's legal counsel who has been evaluating and appropriately responding to your various allegations against NSU and its faculty

Bob

Sent from my iPhone

> On Jun 30, 2015, at 4:53 PM, Robert Clasen <rc1152@nova.edu> wrote.
>
>
> Dear Chief Lynn and Mr  Pietrykowski,
>
> My name is Rob Clasen. I am a former NSUCOM student that had ambitions to become a teacher
>
> Somehow these ambitions have put me at odds with some in the administration at NSU.
>
> I fled Florida on May 10th as a result of learning that I was diagnosed with schizophrenia by the local news. I am unconcerned with this.
>
> I would also like to make a report of racketeering, moneylaundering, honest service fraud, and conflicted interest that has been taking place at NSU since 2008. The attached pdf explains the basis. My diploma is being held on the basis of honest service fraud with the intent to harm.
>
> The money laundering is done under the title of "question writers" for the NBOME.
>
> I have been openly threatened and retaliated against by Elaine Wallace and Joseph De Gaetano regarding the above. By law, their failure to disclose conflicted interest establishes any retaliation is with the intent to harm, making it criminal.
>
> I would ask that they are arrested and charged appropriately.
>
> I also have attached a pdf of the fraudulent results of another examination by the same company, as the school's acceptance of obviously fraudulent results constitute continued honest service fraud.
>
> Mr. Pietrykowski, I am in debt to the federal government by over $338,000 which was given to Nova Southeastern University in exchange for services and a final good (the diploma), which I have been denied on the basis of extortion and honest service fraud. This final good has been leverage to the max and was used in extortion to a criminal extent

Exhibit
B-1

Please send my diploma to my permanent address immediately. It has been damaging to say the least and I should  not be held hostage by organized crime. Please tell me when I can expect to receive it?

>

> 3134 Grandeur Road

> Charlotte, NC 28269

>

> Sincerely,

> Robert Clasen

>

> <Racketeering.pdf>

> <COMLEX-CE.pdf>

# Pursuant to Racketeering Influenced and Corrupt Organizations § 1961 – 1968

## 2008 introduction of kickbacks

Overview – The COMLEX-PE was added to the COMLEX USA examination series for Osteopathic Medical Student Licensing in late 2004. It was meant to provide a subjective assessment of a candidates clinical skills in a Conshohocken, PA office. The design consists of 12 actors as standardized patients.

The scoring for the assessment is received approximately 8 weeks later and is unsubstantiated. Candidates who fail the examination get no additional information on their deficiencies. In addition, the NBOME states that contacting the testing center could be viewed as unprofessional behavior and could have severe penalties (see nbome.org).

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | 3,877,138 | 4,081,392 | 4,766,035 | 5,181,712 | 7,957,661 | 9,621,558 | 11,771,300 | 19,115,673 | 21,606,262 | 22,774,397 | 31,622,326 | 30,529,296 | 31,887,698 |
| Change in Receipts | | 5.3% | 16.8% | 8.7% | 53.6% | 20.9% | 22.4% | 62.4% | 13.0% | 5.4% | 38.9% | -3.3% | 4.4% |
| **Revenues** | 3,803,450 | 3,836,879 | 4,311,320 | 5,130,794 | 7,821,090 | 9,512,061 | 11,495,065 | 12,317,618 | 12,957,069 | 14,795,776 | 16,485,497 | 16,485,497 | 20,654,944 |
| Cost of Fund Raising [Bribes] | 244,513 | 73,688 | 454,715 | 50,918 | 136,571 | 109,497 | 279,235 | 6,798,055 | 8,649,193 | 7,978,621 | 15,136,829 | 14,043,799 | 11,232,754 |
| % Change in Fund Raising | | -69.9% | 517.1% | -88.8% | 168.2% | -19.8% | 155.0% | 2334.5% | 27.2% | -7.8% | 89.7% | -7.2% | -20.0% |
| Net Income | 319,219 | 345,143 | 672,613 | 37,122 | 234,305 | 1,113,173 | 2,161,332 | 2,068,812 | 1,589,775 | 1,241,805 | 500,515 | 791,432 | 1,024,154 |
| **Number of employees** | 19 | 18 | 20 | 36 | 99 | 49 | 45 | 131 | 130 | 138 | 165 | 181 | 195 |
| | | -5.3% | 11.1% | 80.0% | 175.0% | -50.5% | -8.2% | 191.1% | -0.8% | 6.2% | 19.6% | 9.7% | 7.7% |

When the test is **mandated** in **2008**, the CPA firm accounted for it correctly as difference between gross receipts and revenues as the company never lost its 501c3 status and continued to report on form 990s.

At Nova Southeastern University, every department stopped writing new questions abruptly in 2006-2007, reflecting premeditation.

The NBOME has converted to a combined profit center for the faculty of college of osteopathic medicine and also a **mechanism for punishing students that engage in protected activities.**





Exhibit
B-2

# ONBOME

Robert Clasen (534718)
Nova Southeastern University College of Osteopathic Medicine

Logout: RCLASEN

My Account | Register or Schedule Exams | Exam Information | Purchase Transcripts | Shopping Cart | View Scores | **Transactions** | Contact Us | Change Password | Status | View Details

## Past Transactions

| Transaction ID | Total Amount Charged | Product Description | Transcript Address | Transcript Sent Date When applicable | Register or Schedule Exams | Quantity Ordered | Individual Amount | Voucher Amount | Request/Create Date | Status | View Details |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11011881 | $535.00 | Level 1 | NA | NA | - | | $535.00 | - | 01/21/2013 | Cancelled | |
| 11042591 | $0.00 | Level 1 | NA | NA | - | | $550.00 | $550.00 | 10/02/2013 | Passed Exam | |
| | | Level 1 | NA | NA | - | | $0.00 | - | 10/02/2013 | Passed Exam | |
| 11051788 | $1,210.00 | Level 2 PE | NA | NA | - | | $1,210.00 | - | 12/04/2013 | Failed Exam | |
| 11059053 | $1,210.00 | Level 2 PE | NA | NA | - | | | - | 03/29/2014 | Cancelled | |
| 11069124 | $50.00 | Score Confirmation | NA | NA | - | | $50.00 | - | 03/30/2014 | - | |
| 11070963 | $150.00 | Level 2 PE | NA | NA | - | | $1,210.00 | $1,060.00 | 04/19/2014 | Cancelled | |
| 11073025 | $165.00 | Level 2 PE | NA | NA | - | | $1,245.00 | $1,060.00 | 05/09/2014 | Cancelled | |
| 11079532 | $55.00 | Transcript | Robert Clasen 3625 College Avenue RH #1809 Fort Lauderdale, FL 33314 | 06/19/2014 | - | | $55.00 | - | 06/18/2014 | Sent | |
| 11083512 | $150.00 | Level 2 PE | NA | NA | - | | $1,245.00 | $1,095.00 | 07/12/2014 | Failed Exam | |
| 11083513 | $570.00 | Level 2 CE | NA | NA | - | | $570.00 | - | 07/12/2014 | Cancelled | |
| 11086617 | $55.00 | COMSAE Phase 2 Form B for COMLEX-USA Level 2 CE) | NA | NA | - | | $55.00 | - | 08/18/2014 | | |
| 11094919 | $0.00 | Level 2 CE | NA | NA | - | | $570.00 | $570.00 | 09/26/2014 | Failed Exam | |
| | | Level 2 CE | NA | NA | - | | $0.00 | - | 09/26/2014 | Scheduled Exam | |
| 11095876 | $1,245.00 | Level 2 PE | NA | NA | - | | $1,245.00 | - | 10/03/2014 | Failed Exam | |

second day graded

second day not graded

row(s) 1 - 15 of 16

Exhibit B-3

NBOME | Score Release

C   www.nbome.org

Apps   ★ Bookmarks

Other bookmarks



August 18, 2015 - September 2, 2015 — September 15, 2015 - September 17, 2015

September 21, 2015 — October 26, 2015 - October 28, 2015

October 2, 2015 - October 17, 2015 — November 5, 2015 - November 9, 2015

November 9, 2015 - November 23, 2015 — December 7, 2015 - December 8, 2015

December 8, 2015 - December 21, 2015 — January 13, 2016 - January 18, 2016

**COMLEX-USA Level 2-CE**

| Examination Completed Dates | Score Will Release |
|---|---|
| January 7, 2015 - January 20, 2015 | February 3, 2015 - February 5, 2015 |
| February 4, 2015 - February 20, 2015 | March 11, 2015 - March 16, 2015 |
| March 4, 2015 - March 23, 2015 | April 6, 2015 - April 8, 2015 |
| April 2, 2015 - April 21, 2015 | May 11, 2015 - May 13, 2015 |
| April 30, 2015 | May 14, 2015 - May 18, 2015 |
| May 4, 2015 - May 15, 2015 | June 1, 2015 - June 3, 2015 |
| June 15, 2015 - July 6, 2015 | July 20, 2015 - July 27, 2015 |
| July 9, 2015 - July 16, 2015 | August 3, 2015 - August 5, 2015 |
| July 20, 2015 - August 12, 2015 | August 26, 2015 - August 28, 2015 |
| August 14, 2015 - September 4, 2015 | September 17, 2015 - September 21, 2015 |
| September 16, 2015 - September 25, 2015 | October 20, 2015 - October 22, 2015 |
| October 5, 2015 - October 24, 2015 | November 9, 2015 - November 11, 2015 |
| November 5, 2015 - November 16, 2015 | December 1, 2015 - December 3, 2015 |
| December 3, 2015 - December 14, 2015 | January 11, 2016 - January 13, 2016 |

**COMLEX-USA Level 2-PE**

| Examination Completed Dates | Score Will Release |
|---|---|
| December 1, 2014 - December 31, 2014 | January 30, 2015 - February 9, 2015 |
| January 1, 2015 - February 28, 2015 | March 3, 2015 - March 13, 2015 |

Results email received on
05/12/2015
April 22, 2015 not included

NBOME - COMLEX-USA Examination Score Release Notification - Google Chrome

outlook.office365.com

# NBOME – COMLEX-USA Examination Score Release Notification

🗑 Delete  ← Reply  ← Reply all  → Forward

**Mark as unread**

**CL**  clientservices@nbome.org
Tue 5/12/2015 4:38 PM

Inbox

**To:** Robert Clasen;

~ You replied on 5/19/2015 9:35 AM.

> Second day not graded according to schedule

Dear Candidate Clasen:

Your 04/21/2015 COMLEX-USA examination results and score report have been released and are available on your NBOME online account, "View Scores" tab.

If you have any questions, please feel free to contact the NBOME Client Services Team at 866-479-6828.

Thank you.
Sincerely,
National Board of Osteopathic Medical Examiners

W COMLEX-USA - Wikiped:   ×

https:  en.wikipedia.org  wiki COMLEX-USA

::: Apps  ★ Bookmarks

Other bookmarks   Log in

Create account   Log in

# WIKIPEDIA
The Free Encyclopedia

Article   Talk

Read   Edit   View history

# COMLEX-USA

From Wikipedia, the free encyclopedia

The **Comprehensive Osteopathic Medical Licensing Examination of the United States (COMLEX-USA or the Boards)** is a series of three osteopathic medical licensing examinations administered by the National Board of Osteopathic Medical Examiners (NBOME) similar to the United States Medical Licensing Examination (USMLE). COMLEX-USA is the most common pathway by which osteopathic physicians (D.O.s) apply for medical licensure, and is accepted in all 50 digit standard scores of COMLEX-USA Level 1, Level 2- Cognitive Eva and Level 3 have a range of 200-838 and a mean of 500. 400 is the minimum passing score for COMLEX-USA Levels 1 and 2; 350 for COMLEX-USA Level 3.[1]

**Contents** [hide]

1 COMLEX-USA Level 1
2 COMLEX-USA Level 2
3 COMLEX-USA Level 3
4 USMLE comparison
5 References
6 External links

Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia
Wikipedia store

Interaction

Help
About Wikipedia
Community portal
Recent changes
Contact page

Tools

What links here
Related changes
Upload file
Special pages

**Osteopathic medicine in the United States**

Andrew Taylor Still (founder)

"COMLEX Computer Based Testing (CBT)". NBOME. 2010. Retrieved 18 July 2012.

Score of 194 is below the minimum of 200

Medicine · US Medical education

Schools · Physicians

Osteopathic Manipulative Medicine

AOA · AACOM · AAO · **COMLEX**

# Re: Charges Against Nova Faculty

## Robert Pietrykowski <rpietrykowski@nova.edu>

Tue 6/30/2015 6:11 PM

To Robert Clasen <rc1152@nova edu>;

Cc plynn@davie-fl.gov <plynn@davie-fl.gov>, robclasen@gmail com <robclasen@gmail.com>,

Mr clausen

I will forward your email with attachments to the university's legal counsel who has been evaluating and appropriately responding to your various allegations against NSU and its faculty.

Bob

Sent from my iPhone

> On Jun 30, 2015, at 4:53 PM, Robert Clasen <rc1152@nova.edu> wrote.
>
>
> Dear Chief Lynn and Mr. Pietrykowski,
>
> My name is Rob Clasen. I am a former NSUCOM student that had ambitions to become a teacher.
>
> Somehow these ambitions have put me at odds with some in the administration at NSU.
>
> I fled Florida on May 10th as a result of learning that I was diagnosed with schizophrenia by the local news. I am unconcerned with this.
>
> I would also like to make a report of racketeering, moneylaundering, honest service fraud, and conflicted interest that has been taking place at NSU since 2008. The attached pdf explains the basis. My diploma is being held on the basis of honest service fraud with the intent to harm.
>
> The money laundering is done under the title of "question writers" for the NBOME.
>
> I have been openly threatened and retaliated against by Elaine Wallace and Joseph De Gaetano regarding the above. By law, their failure to disclose conflicted interest establishes any retaliation is with the intent to harm, making it criminal.
>
> I would ask that they are arrested and charged appropriately
>
> I also have attached a pdf of the fraudulent results of another examination by the same company, as the school's acceptance of obviously fraudulent results constitute continued honest service fraud.
>
> Mr. Pietrykowski, I am in debt to the federal government by over $338,000 which was given to Nova Southeastern University in exchange for services and a final good (the diploma), which I have been denied on the basis of extortion and honest service fraud. This final good has been leverage to the max and was used in extortion to a criminal extent

Exhibit
B-1

Please send my diploma to my permanent address immediately. It has been damaging to say the least and I should  not be held hostage by organized crime. Please tell me when I can expect to receive it?

>

> 3134 Grandeur Road

> Charlotte, NC 28269

>

> Sincerely,

> Robert Clasen

>

> <Racketeering.pdf>

> <COMLEX-CE pdf>

# Pursuant to Racketeering Influenced and Corrupt Organizations § 1961 – 1968

## 2008 introduction of kickbacks

Overview – The COMLEX-PE was added to the COMLEX USA examination series for Osteopathic Medical Student Licensing in late 2004. It was meant to provide a subjective assessment of a candidates clinical skills in a Conshohocken, PA office. The design consists of 12 actors as standardized patients.

The scoring for the assessment is received approximately 8 weeks later and is unsubstantiated. Candidates who fail the examination get no additional information on their deficiencies. In addition, the NBOME states that contacting the testing center could be viewed as unprofessional behavior and could have severe penalties (see nbome.org).

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Receipts | 3,877,138 | 4,081,392 | 4,766,035 | 5,181,712 | 7,957,661 | 9,621,558 | 11,774,300 | 9,115,673 | 21,606,262 | 22,774,397 | 31,622,326 | 30,539,296 | 31,887,698 |
| Change in Receipts | | 5.3% | 16.8% | 8.7% | 53.6% | 20.9% | 22.4% | -22.6% | 131.0% | 5.4% | 38.9% | -3.4% | 4.4% |
| Revenues | 3,803,450 | 3,836,879 | 4,311,320 | 5,130,794 | 7,821,090 | 9,512,061 | 11,495,065 | 12,317,618 | 12,957,069 | 14,795,776 | 16,485,497 | 16,485,497 | 20,654,944 |
| Cost of Fund Raising + **Bribes** | 244,513 | 73,688 | 454,715 | 50,918 | 136,571 | 109,497 | 279,235 | 6,798,055 | 8,649,193 | 7,978,621 | 15,136,829 | 14,043,799 | 11,232,754 |
| % Change in Fund Raising | | -69.9% | 517.1% | -88.8% | 168.2% | -19.8% | 155.0% | 2334.5% | 27.2% | -7.8% | 89.7% | -7.2% | -20.0% |
| Net Income | 319,219 | 345,143 | 672,613 | 37,122 | 234,305 | 1,113,173 | 2,161,332 | 2,068,812 | 1,589,775 | 1,241,805 | 500,545 | 791,432 | 1,024,154 |
| Number of employees | 19 | 18 | 20 | 36 | 99 | 49 | 45 | 131 | 130 | 138 | 165 | 181 | 195 |
| | | -5.3% | 11.1% | 80.0% | 175.0% | -50.5% | -8.2% | 191.1% | -0.8% | 6.2% | 19.6% | 9.7% | 7.7% |

When the test is **mandated in 2008**, the CPA firm accounted for it correctly as difference between gross receipts and revenues as the company never lost its 501c3 status and continued to report on form 990s.

At Nova Southeastern University, every department stopped writing new questions abruptly in 2006-2007, reflecting premeditation.

The NBOME has converted to a combined profit center for the faculty of college of osteopathic medicine and also a **mechanism for punishing students that engage in protected activities.**





Exhibit B-2

# NBOME

Robert Clasen (534718)
Nova Southeastern University College of Osteopathic Medicine

Logout RCLASEN

| My Account | Register or Schedule Exams | Exam Information | Purchase Transcripts | Shopping Cart | View Scores | **Transactions** | Contact Us | Change Password |

## Past Transactions

| Transaction ID | Total Amount Charged | Product Description | Transcript Address | Transcript Sent Date When applicable | Register or Schedule Exams | Exam Information | Purchase Transcripts | Quantity Ordered | Individual Amount | Voucher Amount | Shopping Cart | View Scores | Request/Create Date | Status | View Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11011881 | $535.00 | Level 1 | NA | NA | NA | - | | | $535.00 | - | | | 01/21/2013 | Cancelled | ✓ |
| 11042591 | $0.00 | Level 1 | NA | NA | NA | - | | | $550.00 | $550.00 | | | 10/02/2013 | Passed Exam | ✓ |
| | | Level 1 | NA | NA | NA | - | | | $0.00 | - | | | 10/02/2013 | Passed Exam | ✓ |
| 11051788 | $1,210.00 | Level 2 PE | NA | NA | NA | - | | | $1,210.00 | - | | | 12/04/2013 | Failed Exam | ✓ |
| 11069053 | $1,210.00 | Level 2 PE | NA | NA | NA | - | | | _second day graded_ | - | | | 03/29/2014 | Cancelled | ✓ |
| 11069124 | $50.00 | Score Confirmation | NA | NA | NA | - | | | $50.00 | - | | | 03/30/2014 | - | ✓ |
| 11070963 | $150.00 | Level 2 PE | NA | NA | NA | - | | | $1,210.00 | $1,060.00 | | | 04/19/2014 | Cancelled | ✓ |
| 11073025 | $185.00 | Level 2 PE | NA | NA | NA | - | | | $1,245.00 | $1,060.00 | | | 05/09/2014 | Cancelled | ✓ |
| 11075532 | $55.00 | Transcript | Robert Clasen 3625 College Avenue RH#1809 Fort Lauderdale, FL 33314 | 06/19/2014 | NA | - | | | $55.00 | - | | | 06/18/2014 | Sent | ✓ |
| 11083512 | $150.00 | Level 2 PE | NA | NA | NA | - | | | $1,245.00 | $1,095.00 | | | 07/12/2014 | Failed Exam | ✓ |
| 11083513 | $570.00 | Level 2 CE | NA | NA | NA | - | | | $570.00 | - | | | 07/12/2014 | Cancelled | ✓ |
| 11088617 | $55.00 | COMSAE Phase 2 Form B for COMLEX-USA (Level 2 CE) | NA | NA | NA | - | | | $55.00 | - | | | 08/18/2014 | - | ✓ |
| 11094919 | $0.00 | Level 2 CE | NA | NA | NA | - | | | $570.00 | $570.00 | | | 09/26/2014 | Failed Exam | ✓ |
| | | Level 2 CE | NA | NA | NA | - | | | $0.00 | - | | | 09/26/2014 | Scheduled Exam | ✓ |
| 11095876 | $1,245.00 | Level 2 PE | NA | NA | NA | - | | | $1,245.00 | - | | | 10/03/2014 | Failed Exam | ✓ |

_second day not graded_

row(s) 1 - 15 of 16

Exhibit B-3



| August 18, 2015 - September 2, 2015 | September 15, 2015 - September 17, 2015 |
| September 21, 2015 | October 26, 2015 - October 28, 2015 |
| October 2, 2015 - October 17, 2015 | November 5, 2015 - November 9, 2015 |
| November 9, 2015 - November 23, 2015 | December 7, 2015 - December 8, 2015 |
| December 8, 2015 - December 21, 2015 | January 13, 2016 - January 18, 2016 |

### COMLEX-USA Level 2-CE

| Examination Completed Dates | Scores Will Release |
| --- | --- |
| January 7, 2015 - January 20, 2015 | February 3, 2015 - February 5, 2015 |
| February 4, 2015 - February 20, 2015 | March 11, 2015 - March 16, 2015 |
| March 4, 2015 - March 23, 2015 | April 6, 2015 - April 8, 2015 |
| April 2, 2015 - April 21, 2015 | May 11, 2015 - May 13, 2015 |
| April 30, 2015 | May 14, 2015 - May 18, 2015 |
| May 4, 2015 - May 15, 2015 | June 1, 2015 - June 3, 2015 |
| June 15, 2015 - July 6, 2015 | July 20, 2015 - July 27, 2015 |
| July 9, 2015 - July 16, 2015 | August 3, 2015 - August 5, 2015 |
| July 20, 2015 - August 12, 2015 | August 26, 2015 - August 28, 2015 |
| August 14, 2015 - September 4, 2015 | September 17, 2015 - September 21, 2015 |
| September 16, 2015 - September 25, 2015 | October 20, 2015 - October 22, 2015 |
| October 5, 2015 - October 24, 2015 | November 9, 2015 - November 11, 2015 |
| November 5, 2015 - November 16, 2015 | December 1, 2015 - December 3, 2015 |
| December 3, 2015 - December 14, 2015 | January 11, 2016 - January 13, 2016 |

### COMLEX-USA Level 2-PE

| Examination Completed Dates | Scores Will Release |
| --- | --- |
| December 1, 2014 - December 31, 2014 | January 30, 2015 - February 9, 2015 |
| January 1, 2015 - February 28, 2015 | March 3, 2015 - March 13, 2015 |

Results email received on 05/12/2015
April 22, 2015 not included

NBOME - COMLEX-USA Examination Score Release Notification

🗑 Delete   ← Reply   ⬅ Reply all   ↱ Forward   • • •

**Mark as unread**

CL   clientservices@nbome.org
Tue 5/12/2015 4:38 PM
Inbox

**To:** ▓ Robert Clasen;

∧ You replied on 5/20/2015 ⅔:35 AM.

Second day not graded according to schedule

Dear Candidate Clasen:

Your 04/21/2015 COMLEX-USA examination results and score report have been released and are available on your NBOME online account, "View Scores" tab.

If you have any questions, please feel free to contact the NBOME Client Services Team at 866-479-6828.

Thank you.
Sincerely,
National Board of Osteopathic Medical Examiners

W COMLEX-USA - Wikiped   ×

https://en.wikipedia.org/ ... COMLEX-USA

::: Apps ★ Bookmarks

Other bookmarks   Create account   Log in

# WIKIPEDIA
The Free Encyclopedia

Article   Talk

Read   Edit   View history

# COMLEX-USA

From Wikipedia, the free encyclopedia

The **Comprehensive Osteopathic Medical Licensing Examination of the United States (COMLEX-USA or the Boards)** is a series of three osteopathic medical licensing examinations administered by the National Board of Osteopathic Medical Examiners (NBOME) similar to the United States Medical Licensing Examination (USMLE). COMLEX-USA is the most common pathway by which osteopathic physicians (D.O.s) apply for medical licensure, and is accepted in all 50 digit standard scores of COMLEX-USA Level 1, Level 2- Cognitive Eva and Level 3 have a range of 200-838 and a mean of 500. 400 is the minimum passing score for COMLEX-USA Levels 1 and 2; 350 for COMLEX-USA Level 3.[1]

Score of 194 is below the minimum of 200

**Contents**   [hide]

1 COMLEX-USA Level 1

2 COMLEX-USA Level 2

3 COMLEX-USA Level 3

4 USMLE comparison

5 References

6 External links

## Osteopathic medicine
## in the United States

Andrew Taylor Still (founder)

"COMLEX Computer Based Testing (CBT)". NBOME. 2010. Retrieved 18 July 2012.

Medicine · US Medical education

Schools · Physicians

Osteopathic Manipulative
Medicine

AOA · AACOM · AAO · **COMLEX**

Main page

Contents

Featured content

Current events

Random article

Donate to Wikipedia

Wikipedia store

Interaction

Help

About Wikipedia

Community portal

Recent changes

Contact page

Tools

What links here

Related changes

Upload file

Special pages

https://en.wikipedia.org/wiki/COMLEX-USA   Page 1 c: 1

# Re: Charges Against Nova Faculty

## Robert Pietrykowski <rpietrykowski@nova.edu>

Tue 6/30/2015 6:11 PM

To Robert Clasen <rc1152@nova edu>;

Cc plynn@davie-fl gov <plynn@davie-fl.gov>, robclasen@gmail com <robclasen@gmail com>,

Mr clausen

I will forward your email with attachments to the university's legal counsel who has been evaluating and appropriately responding to your various allegations against NSU and its faculty.

Bob


Sent from my iPhone

> On Jun 30, 2015, at 4:53 PM, Robert Clasen <rc1152@nova edu> wrote:
>
>
> Dear Chief Lynn and Mr. Pietrykowski,
>
> My name is Rob Clasen. I am a former NSUCOM student that had ambitions to become a teacher.
>
> Somehow these ambitions have put me at odds with some in the administration at NSU.
>
> I fled Florida on May 10th as a result of learning that I was diagnosed with schizophrenia by the local news. I am unconcerned with this.
>
> I would also like to make a report of racketeering, moneylaundering, honest service fraud, and conflicted interest that has been taking place at NSU since 2008. The attached pdf explains the basis. My diploma is being held on the basis of honest service fraud with the intent to harm.
>
> The money laundering is done under the title of "question writers" for the NBOME
>
> I have been openly threatened and retaliated against by Elaine Wallace and Joseph De Gaetano regarding the above By law, their failure to disclose conflicted interest establishes any retaliation is with the intent to harm, making it criminal.
>
> I would ask that they are arrested and charged appropriately.
>
> I also have attached a pdf of the fraudulent results of another examination by the same company, as the school's acceptance of obviously fraudulent results constitute continued honest service fraud.
>
> Mr. Pietrykowski, I am in debt to the federal government by over $338,000 which was given to Nova Southeastern University in exchange for services and a final good (the diploma), which I have been denied on the basis of extortion and honest service fraud  This final good has been leverage to the max and was used in extortion to a criminal extent.

Exhibit
B-1

9/24/2015                                                  Re: Charges Against Nova Faculty - Robert Clasen

Please send my diploma to my permanent address immediately. It has been damaging to say the least and I should  not
be held hostage by organized crime. Please tell me when I can expect to receive it?
>
> 3134 Grandeur Road
> Charlotte, NC 28269
>
> Sincerely,
> Robert Clasen
>
> <Racketeering.pdf>
> <COMLEX-CE.pdf>

# Pursuant to Racketeering Influenced and Corrupt Organizations § 1961 – 1968

## 2008 introduction of kickbacks

Overview – The COMLEX-PE was added to the COMLEX USA examination series for Osteopathic Medical Student Licensing in late 2004. It was meant to provide a subjective assessment of a candidates clinical skills in a Conshohocken, PA office. The design consists of 12 actors as standardized patients.

The scoring for the assessment is received approximately 8 weeks later and is unsubstantiated. Candidates who fail the examination get no additional information on their deficiencies. In addition, the NBOME states that contacting the testing center could be viewed as unprofessional behavior and could have severe penalties (see nbome.org).

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Receipts | 3,877,138 | 4,081,392 | 4,766,035 | 5,181,712 | 7,957,661 | 9,621,558 | 11,774,300 | 19,115,673 | 21,606,262 | 22,774,397 | 31,622,326 | 30,529,296 | 31,887,698 |
| Change in Receipts | | 5.3% | 16.8% | 8.7% | 53.6% | 20.9% | 22.4% | 62.4% | 13.0% | 5.4% | 38.9% | -3.5% | 4.4% |
| Revenues | 3,803,450 | 3,836,879 | 4,311,320 | 5,130,794 | 7,821,090 | 9,512,061 | 11,495,065 | 12,317,618 | 12,957,069 | 14,795,776 | 16,485,497 | 16,485,497 | 20,654,944 |
| Cost of Fund Raising + Bribes | 244,513 | 73,688 | 454,715 | 50,918 | 136,571 | 109,497 | 279,235 | 6,798,055 | 8,649,193 | 7,978,621 | 15,136,829 | 14,043,799 | 11,232,754 |
| % Change in Fund Raising | | -69.9% | 517.1% | -88.8% | 168.2% | -19.8% | 155.0% | 2334.5% | 27.2% | -7.8% | 89.7% | -7.2% | -20.0% |
| Net Income | 319,219 | 345,143 | 672,613 | 37,122 | 234,305 | 1,113,173 | 2,161,332 | 2,068,812 | 1,589,775 | 1,241,805 | 500,545 | 791,432 | 1,024,154 |
| | | | | | | | | | | | | | |
| Number of employees | 19 | 18 | 20 | 36 | 99 | 49 | 45 | 131 | 130 | 138 | 165 | 181 | 195 |
| | | -5.3% | 11.1% | 80.0% | 175.0% | -50.5% | -8.2% | 191.1% | -0.8% | 6.2% | 19.6% | 9.7% | 7.7% |

When the test is **mandated** in **2008**, the CPA firm accounted for it correctly as difference between gross receipts and revenues as the company never lost its 501c3 status and continued to report on form 990s.

At Nova Southeastern University, every department stopped writing new questions abruptly in 2006-2007, reflecting premeditation.

The NBOME has converted to a combined profit center for the faculty of college of osteopathic medicine and also a **mechanism for punishing students that engage in protected activities.**



Exhibit
B-2



ONBOME

Logout RCLASEN

Robert Clasen (534718)
Nova Southeastern University College of Osteopathic Medicine

My Account | Register or Schedule Exams | Exam Information | Purchase Transcripts | Shopping Cart | View Scores | **Transactions** | Contact Us | Change Password

## Past Transactions

| Transaction ID | Total Amount Charged | Product Description | Transcript Address | Transcript Sent Date When applicable | Quantity Ordered | Individual Amount | Voucher Amount | Request/Create Date | Status | View Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 11011881 | $535.00 | Level 1 | NA | NA | - | $535.00 | - | 01/21/2013 | Cancelled | |
| 11042591 | $0.00 | Level 1 | NA | NA | - | $550.00 | $550.00 | 10/02/2013 | Passed Exam | |
| | | Level 1 | NA | NA | - | $0.00 | - | 10/02/2013 | Passed Exam | |
| 11051788 | $1,210.00 | Level 2 PE | NA | NA | - | $1,210.00 | - | 12/04/2013 | Failed Exam | |
| 11069053 | $1,210.00 | Level 2 PE | NA | NA | - | second day graded | - | 03/29/2014 | Cancelled | |
| 11069124 | $50.00 | Score Confirmation | NA | NA | - | $50.00 | - | 03/30/2014 | - | |
| 11070963 | $150.00 | Level 2 PE | NA | NA | - | $1,210.00 | $1,060.00 | 04/19/2014 | Cancelled | |
| 11073025 | $185.00 | Level 2 PE | NA | NA | - | $1,245.00 | $1,060.00 | 05/09/2014 | Cancelled | |
| 11075532 | $55.00 | Transcript | Robert Clasen 3625 College Avenue RH#1809 Fort Lauderdale, FL 33314 | 06/19/2014 | - | $55.00 | - | 06/18/2014 | Sent | |
| 11083512 | $150.00 | Level 2 PE | NA | NA | - | $1,245.00 | $1,095.00 | 07/12/2014 | Failed Exam | |
| 11083513 | $570.00 | Level 2 CE | NA | NA | - | $570.00 | - | 07/12/2014 | Cancelled | |
| 11088617 | $55.00 | COMSAE Phase 2 Form B (for COMLEX-USA Level 2 CE) | NA | NA | - | $55.00 | - | 08/18/2014 | - | |
| 11094919 | $0.00 | Level 2 CE | NA | NA | - | $570.00 | $570.00 | 09/26/2014 | Failed Exam | |
| | | Level 2 CE | NA | NA | - | $0.00 | - | 09/26/2014 | Scheduled Exam | |
| 11095876 | $1,245.00 | Level 2 PE | NA | NA | - | $1,245.00 | - | 10/03/2014 | Failed Exam | |

second day not graded

row(s) 1 - 15 of 16

Exhibit B-3

| August 18, 2015 - September 2, 2015 | September 15, 2015 - September 17, 2015 |
| September 21, 2015 | October 26, 2015 - October 28, 2015 |
| October 2, 2015 - October 17, 2015 | November 5, 2015 - November 9, 2015 |
| November 9, 2015 - November 23, 2015 | December 7, 2015 - December 6, 2015 |
| December 8, 2015 - December 21, 2015 | January 13, 2016 - January 18, 2016 |

## COMLEX-USA Level 2-CE

| Examination Completed Dates | Scores will Release |
| --- | --- |
| January 7, 2015 - January 20, 2015 | February 3, 2015 - February 5, 2015 |
| February 4, 2015 - February 20, 2015 | March 11, 2015 - March 16, 2015 |
| March 4, 2015 - March 23, 2015 | April 6, 2015 - April 8, 2015 |
| April 2, 2015 - April 21, 2015 | May 11, 2015 - May 13, 2015 |
| April 30, 2015 | May 14, 2015 - May 18, 2015 |
| May 4, 2015 - May 15, 2015 | June 1, 2015 - June 3, 2015 |
| June 15, 2015 - July 6, 2015 | July 20, 2015 - July 27, 2015 |
| July 9, 2015 - July 16, 2015 | August 3, 2015 - August 5, 2015 |
| July 20, 2015 - August 12, 2015 | August 26, 2015 - August 28, 2015 |
| August 14, 2015 - September 4, 2015 | September 17, 2015 - September 21, 2015 |
| September 16, 2015 - September 25, 2015 | October 20, 2015 - October 22, 2015 |
| October 5, 2015 - October 24, 2015 | November 9, 2015 - November 11, 2015 |
| November 5, 2015 - November 16, 2015 | December 1, 2015 - December 3, 2015 |
| December 3, 2015 - December 14, 2015 | January 11, 2016 - January 13, 2016 |

## COMLEX-USA Level 2-PE

| Examination Completed Dates | Scores will Release |
| --- | --- |
| December 1, 2014 - December 31, 2014 | January 30, 2015 - February 9, 2015 |
| January 1, 2015 - February 28, 2015 | March 3, 2015 - March 13, 2015 |

Results email received on
05/12/2015
April 22, 2015 not included

www.nbome.org

https://outlook.office365.com

# NBOME - COMLEX-USA Examination Score Release Notification

Delete    Reply    Reply all    Forward

**Mark as unread**

CL

**clientservices@nbome.org**

Tue 5/12/2015 4:38 PM

Inbox

**To:** Robert Clasen;

You replied on 5/29/2015 9:35 AM.

Second day not graded according to schedule

Dear Candidate Clasen:

Your 04/21/2015 COMLEX-USA examination results and score report have been released and are available on your NBOME online account, "View Scores" tab.

If you have any questions, please feel free to contact the NBOME Client Services Team at 866-479-6828.

Thank you.

Sincerely,

National Board of Osteopathic Medical Examiners

W COMLEX-USA - Wikiped: ×

← C   https: en.wikipedia.org a. a COMLEX SA

::: Apps ★ Bookmarks                                                          Other bookmarks

Create account   Log in

# WIKIPEDIA
The Free Encyclopedia

Article   Talk

Read   Edit   View history

# COMLEX-USA

From Wikipedia, the free encyclopedia

The **Comprehensive Osteopathic Medical Licensing Examination of the United States** (**COMLEX-USA** or the **Boards**) is a series of three osteopathic medical licensing examinations administered by the National Board of Osteopathic Medical Examiners (NBOME) similar to the United States Medical Licensing Examination (USMLE). COMLEX-USA is the most common pathway by which osteopathic physicians (D.O.s) apply for medical licensure, and is accepted in all 50 digit standard scores of COMLEX-USA Level 1, Level 2- Cognitive Eva and Level 3 have a range of 200-838 and a mean of 500. 400 is the minimum passing score for COMLEX-USA Levels 1 and 2. 350 for COMLEX-USA Level 3.[1]

Score of 194 is below the minimum of 200

**Contents** [hide]

1 COMLEX-USA Level 1
2 COMLEX-USA Level 2
3 COMLEX-USA Level 3
4 USMLE comparison
5 References
6 External links

Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia
Wikipedia store

Interaction
  Help
  About Wikipedia
  Community portal
  Recent changes
  Contact page

Tools
  What links here
  Related changes
  Upload file
  Special pages

## Osteopathic medicine in the United States

Andrew Taylor Still (founder)

"COMLEX Computer Based Testing (CBT)". NBOME. 2010. Retrieved 18 July 2012.

Medicine · US Medical education

Schools · Physicians

Osteopathic Manipulative Medicine

AOA · AACOM · AAO · COMLEX